IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYLER BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>PARKMOBILE, LLC,<br><br>        Defendant. | 1:21-cv-2182-AT |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 2nd day of June, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**