# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYLER BAKER, MIRRIAM GEORGE, EMMA JACKSON, SAIT KURMANGALIYEV, GREGORY MANSEN, and HERIBERTO TARVIESTO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PARKMOBILE, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> FILE No. 1:21-cv-02182-SCJ |

## MOTION TO INTERVENE AND REQUEST TO HOLD MOTION TO APPOINT INTERIM CLASS COUNSEL IN ABEYANCE

COME NOW, LAUREN SCHAUBACH and MARK AUSSIEKER ("Plaintiff-Intervenors"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 24(a), file this, their Motion to Intervene and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance. Plaintiff-Intervenors respectfully request that the Court permit them to intervene in the above-styled civil action pursuant and that the Court hold the pending motion to appoint interim counsel [Doc. 35] in abeyance until the Court rules upon the foregoing Motion.

Plaintiff-Intervenors are lead class plaintiffs in a consumer privacy class

1

action case filed on June 10, 2021 against Defendant PARKMOBILE, LLC ("Defendant"), pending in the United States District Court for the Central District of California: *Schaubach et. al. v. ParkMobile LLC et. al.,* No. 8:21-cv-01024-CJC-ADS (C.D. Cal.).

The factual and legal basis for granting Plaintiff-Intervenors' requests are set forth in Plaintiff-Intervenors' Brief in Support of their Motion to Intervene and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance, attached hereto.

Dated: August 30, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
*Of-Counsel to the Law Offices of Todd M. Friedman, P.C.*
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Todd M. Friedman
Todd M. Friedman
California Bar No. 216752
(*pro hac vice pending*)
Law Offices of Todd M. Friedman, P.C.
*Attorneys for Plaintiff-intervenors*

*Lauren Schaubach and Mark Aussieker*
21031 Ventura Boulevard, Ste. 340
Woodland Hills, CA 91364
Tel: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing Motion to Intervene and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance with the Clerk of District Court, Northern District of Georgia via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to all counsel of record via electronic mail.

s/Craig J. Ehrlich
Craig J. Ehrlich

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich