# Exhibit 9
# (PROVISIONALLY FILED UNDER SEAL)