## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TYLER BAKER, MIRIAM GEORGE, EMMA JACKSON, SAIT KURMANGALIYEV, GREGORY MANSON, HERIBERTO TRAVIESTO, and JACK WEAVER, on behalf of themselves and all others similarly situated, | Case No. 1:21-cv-02182-SCJ <br><br> Hon. Steve C. Jones, U.S.D.J. |
| Plaintiffs, | |
| v. | |
| PARKMOBILE, LLC, | |
| Defendant. | |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Local Court Rules, please take notice of the change of mailing address of Scott+Scott Attorneys at Law LLP's New York office, including for its attorneys and staff located at said office, effective as of Monday, August 26, 2024. Undersigned counsel's email address and the office telephone and facsimile numbers remain the same.

New Firm Mailing Address:    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Fl.
New York, NY 10169

DATED:  August 30, 2024          Respectfully submitted,

                                  /s/ *Joseph P. Guglielmo*

Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Fl.
New York, NY 10169
Tel.: (212) 233-6444
Fax: (212) 233-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs and the Class*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

I hereby certify that this document was prepared in compliance with Northern

District of Georgia Local Rule 5.1(C) using Times New Roman 14-point font.


DATED: August 30, 2024          /s/ *Joseph P. Guglielmo*          
                                Joseph G. Guglielmo
                                **SCOTT+SCOTT**
                                **ATTORNEYS AT LAW LLP**
                                The Helmsley Building
                                230 Park Avenue, 24th Fl.
                                New York, NY 10169
                                Tel.: (212) 233-6444
                                Fax: (212) 233-6334
                                jguglielmo@scott-scott.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2024, I caused a copy of the foregoing document, **NOTICE OF CHANGE OF FIRM ADDRESS**, to be served on all counsel of record via the Court's CM/ECF system.

DATED: August 30, 2024  /s/ *Joseph P. Guglielmo*

Joseph G. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Fl.
New York, NY 10169
Tel.: (212) 233-6444
Fax: (212) 233-6334
jguglielmo@scott-scott.com