IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYLER BAKER, et al., on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>PARKMOBILE, LLC,<br><br>                          Defendant. | Case No. 1:21-CV-02182-SCJ |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND THE DEADLINE TO REOPEN THE CASE**

Having reviewed the Consent Motion to Extend the Deadline to Reopen the Case, and for good cause shown, the Motion is **GRANTED,** and it is ordered that the deadline by which the Parties shall move to reopen the case is extended an additional twenty-four (24) days up through and including October 10, 2024.

**IT IS SO ORDERED.**

This __ day of _____, 2024.

                                                            _____
                                                            The Honorable Steve C. Jones
                                                            United States District Court
                                                            Northern District of Georgia