# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYLER BAKER, MARIAM GEORGE, EMMA JACKSON, SAIT KURMANGALIYEV, GREGORY MANSON, HERIBERTO TRAVIESTO and JACK WEAVER, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PARKMOBILE, LLC,<br><br>Defendant. | Case No. 1:21-CV-02182-SCJ<br><br>Judge Steve C. Jones |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Herbierto Traviesto and Jack Weaver ("Plaintiffs") by and through their undersigned counsel, hereby move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval to the Settlement. In support of this motion, Plaintiffs concurrently submit the following:

1

1. Memorandum of Law In Support of Plaintiffs' Motion;

2. Exhibit 1: Declaration of Class Counsel;

3. Exhibit 2: Declaration of Steven Weisbrot, Esq. of Angeion Group Regarding Implementation Notice Plan; and,

4. A Proposed Order for Final Approval of the Settlement.

Plaintiffs have negotiated a fair, adequate, and reasonable settlement that guarantees Settlement Class Members significant relief as set forth in Plaintiffs Memorandum of Law. For the reasons set forth in the supporting Memorandum of Law, Plaintiffs respectfully request this Court grant their Motion for Final Approval of Class Action Settlement.

Dated: February 27, 2025

Respectfully submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Arthur M. Murray
Caroline Thomas White
**MURRAY LAW FIRM**
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 525-8100

amurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Joseph P. Guglielmo
Sean Russell
**SCOTT & SCOTT**
**ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
srussell@scott-scott.com

Gary F. Lynch
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com
nickc@lcllp.com

Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0440
Facsimile: (612) 341-0844
Brian.gudmundson@zimmreed.com
Michael.laird@zimmreed.com

James J. Pizzirusso
Steven M. Nathan
Swathi Bojedla
**HAUSFELD LLP**
1700 K Street NW Suite 650

3

Washington, DC 20006
Telephone: 202-540-7200
jpizzirusso@hausfeld.com
snathan@hausfeld.com
sbojedla@haudfeld.com

Karen H. Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN, PLLP**
100 Washington Avenue S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE, PA**
100 Washington Ave. S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com

Terence R. Coates
**MARKOVITS, STOCK & DE MARCO, LLC**
3825 Edwards Rd., Suite 650
Cincinnati, Ohio 45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333

4

Fax: (513) 721-1178
jlyon@thelyonfirm.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE AND
## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

*Interim Co-Lead Class Counsel*