# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TYLER BAKER, MARIAM GEORGE, EMMA JACKSON, SAIT KURMANGALIYEV, GREGORY MANSON, HERIBERTO TRAVIESTO and JACK WEAVER, *on behalf of themselves and all others similarly situated*, | Case No. 1:21-CV-02182-SCJ<br><br>Judge Steve C. Jones |
| Plaintiffs, | |
| v. | |
| PARKMOBILE, LLC, | |
| Defendant. | |

**DECLARATION OF PLAINTIFFS' COUNSEL IN SUPPORT OF**
**PLAINTIFFS' RENEWED MOTION FOR REASONABLE ATTORNEYS'**
**FEES AND LITIGATION EXPENSES**

1.    This Declaration supports Plaintiffs' Renewed Motion For an Award of Reasonable Attorneys' Fees and Litigation Expense. The Court appointed declarants, MaryBeth Gibson and Arthur Murray as Settlement Class Counsel in the Preliminary Approval Order entered on November 5, 2024. ECF No. 278.

2.    Prior to that, the Court appointed us Interim Co-Lead Counsel on October 15, 2021.  ECF No. 60.

3.    As Interim Co-Lead Counsel, we implemented a Billing Protocol for Time and Expense that required all members of the Plaintiffs' Steering Committee ("PSC"), including Interim Co-Lead Counsel, to maintain contemporaneous, accurate and detailed billing of work performed in this case and to submit time and expense spreadsheets for review on a monthly basis.  *See* Exhibit 1, Billing Protocol for Time and Expense dated November 10, 2021 ("Protocol").

4.    As Interim Co-Lead Counsel, we collected spreadsheets of time and expense from each member of the PSC on a monthly basis and monitored Class Counsel's work to ensure class counsel adhered to the Protocol.  Each time entry was marked with an appropriate billing code to indicate the specific category of work performed and required counsel appointed to the Plaintiffs' Steering Committee to certify their submissions. *See* Exhibit 2, Spreadsheet Template.

5.    Throughout the litigation, Plaintiffs Steering Committee appointed by

this Court followed the strict Billing Protocol that is routinely approved by courts in this District. Class Counsel kept detailed records of the number of hours expended by attorneys and staff and descriptions of the type of work each person performed. The hours billed were spent negotiating protocols related to ESI and discovery that dealt with preparatory work needed before formal discovery was opened, exchanging requests for production of documents, negotiating search terms and custodians that would be used in electronic searches, drafting pleadings, researching and analyzing numerous legal issues, briefing issues related to Defendant's motion to dismiss, briefing issues related to Defendant's motion for judgment on the pleadings, briefing issues related to Defendant's motion for summary judgment, briefing Plaintiffs' motion for reconsideration, briefing Plaintiffs' motion for class certification, briefing Defendant's motions to exclude Plaintiffs' experts, engaging in expert discovery, preparing experts for their depositions, reviewing reports prepared by experts, preparing Plaintiffs for their depositions and defending those depositions, traveling to depositions, taking the depositions of Defendant's employees, reviewing voluminous document productions, analyzing and coding documents for use in depositions and filings, analyzing financial reports, preparing for two separate mediations and multiple follow up sessions of the second mediation, negotiating the terms of the Settlement Agreement, negotiating the terms of the exhibits to the Settlement Agreement, engaging in numerous conferrals with defense

counsel throughout the course of the four years of litigation over discovery disputes, the litigation and settlement,  conferring with Settlement Class Representatives such that they could make an informed decision regarding settlement, and ensuring Notice was distributed to putative Class Members. Declarants ensured that assignments were made such that the hours billed were not duplicative or needless.  The tasks performed are typical in complex class action litigation and were absolutely necessary to the successful prosecution and resolution of the claims Plaintiffs asserted against ParkMobile and its formidable defense counsel.  Class Counsel worked to efficiently staff this litigation, minimize the hours expended in the prosecution of this litigation, and avoid the duplication of work. Declarants ensured there was no duplication of work or unnecessary work.

6.      In Plaintiffs' Motion for Final Approval submitted on February 27, 2025 (ECF No. 287), Class Counsel submitted lodestar of 9153.2 hours of work performed since the Data Breach was announced in March 2021 through February 27, 2025 at their current hourly rates. To eliminate any concern related to the amended Dodson Objection (ECF No. 289), Class Counsel reduces their lodestar by 75.8 hours – the amount of time related to drafting the Motion for Final Approval and Class Counsels' Declaration in support thereof through February 27, 2025. (ECF No. 287.) Today, Class Counsel submits their lodestar of 9,077.4  Of the 9,077.4  hours spent litigating this case for nearly four years up through February

2025, Plaintiffs expended 1,872.6 hours related to case development, background investigation and administration, 1,721.1 hours related to pleadings and motion practice (this does not include time spent related to preparing the Motion for Final Approval), 1,266.0 hours related to interrogatories, document production, and written discovery, 1295.9 hours related to taking and defending depositions (including preparation), 317.1 hours related to expert witnesses, 411.8 hours related to mediation and settlement negotiations (and preparation of the agreement and its exhibits), and 2192.9 hours related to document review, analysis and coding of documents. To provide context to the monumental task of document review and analysis that informed Class Counsel and strategy, ParkMobile produced documents in 19 rolling productions over the course of discovery. Plaintiffs provided discovery in response to ParkMobile's requests to seven class representatives. Moreover, thirteen third parties produced documents in response to subpoenas *duces tecum*. In total, plaintiffs' counsel produced, reviewed, and coded 126,637 documents, comprising 341,024 pages. The breakdown of review per page is an average of 38 seconds per page (clearly some pages required more and some less). 131,574 minutes (2192.9 hours x 60 seconds) / 341,240 pages is 38 seconds per page. Counsel provides this analysis to show the work performed was necessary to case development and strategy.

7.    Plaintiffs' fee request is based on the actual lodestar and expenses incurred by Class Counsel litigating the case through February 2025, and excludes all time related to preparation of the Motion for Final Approval and analyzing and responding to objections through the present date.  The lodestar method with a multiplier is proper under 28 U.S.C.A. § 1712(b)(1) and (2) ("CAFA").  The lodestar requested by Plaintiffs does not include a multiplier.

8.    The work performed by Class Counsel resulted in an excellent settlement for Plaintiffs and the Class. On October 31, 2024 the Parties formally executed the Settlement Agreement and Release; and Plaintiffs filed it on November 1, 2024 in support of their Motion for Preliminary Approval. Doc. 277-2 ("Settlement Agreement" or "S.A.").  In negotiating the Settlement, Class Counsel relied on published reports documenting the Data Security Incident, actual costs incurred by Class Members (as related in conversations with Class Counsel), extensive discovery, their own experience in data breach litigation, and reported settlements in other data breach class action.

9.    On November 5, 2024, the Court granted preliminary approval of the Parties' Settlement Agreement and proposed Notice Plan. ECF No. 278. Therein, the Court approved the Parties' Settlement Agreement thereby (a) adopting the Parties' settlement proposal; (b) defining and certifying the Settlement Class for settlement purposes, (c) appointing Class Counsel and Settlement Class

Representatives, and (d) approving the Parties' proposed notice program set forth in the Settlement Agreement. *Id.*

10.    In support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class, Class Counsel submitted a  Joint Declaration on November 1, 2024.  Doc. 277-3 ("Joint Decl."). The Joint Declaration explained the qualifications of Class Counsel, their work on behalf of the Class in this case, the history of settlement negotiations, the bases for settlement, the relief that the Settlement will afford the members of the Class, and how notice will be given to Members of the Class. The Court's preliminary approval of the Settlement and the Notice program on November 5, 2024 is a direct statement by the Court of the adequacy of the Settlement and the benefits it affords Class Members. *See* ECF No. 278.

11.    The Settlement came about as the result of protracted arm's-length negotiations that followed multiple years of written discovery, factual, and expert discovery, numerous depositions including several experts and each of the Plaintiffs, and briefing on motions to dismiss, class certification, and summary judgment. Joint Decl. ¶¶ 9-14.  A brief review of the docket sheet provides a glimpse of how hard fought and thoroughly litigated this case has been. *See* Exhibit C, Pacer Docket Sheet.

12.    The history of negotiations, mediations, and the protracted nature of discussions and settlement demands are detailed in the Joint Declaration. Joint Decl. ¶¶ 18-28.

13.    The Settlement provides extensive benefits for the Settlement Class Members;  approximately twenty-one (21) million individuals nationwide.  The Settlement Agreement provides every class member who submits a valid claim with a monetary award that is fair, reasonable and adequate, especially considering the risks at class certification and trial.

14.    Defendant will provide benefits to the Settlement Class Members (as defined in the Settlement Agreement) through two separate provisions of an agreed upon settlement structure.

15.    Defendant will fund a Non-Reversionary Cash Settlement Fund to be administered by the Settlement Administrator in the amount of $9,000,000.00.  Each Settlement Class Member will be able to elect to take a cash payment from the remainder of this fund after the payment of the Fee Award and Expenses, as well as Administration and Notice Costs, if any, that exceed the $300,000.00 Settlement Administration Fund.  Payment to each Settlement Class Member who elects to take the cash payment is capped at $25 *pro rata* per class member.

16.    It was important to Class Counsel that all Settlement Class Members receive a benefit as a result of the Settlement even if they do not act upon receipt of

8

the Notice. Therefore, at the end of the Claims Period, for each Settlement Class Member who does not elect a cash payment, ParkMobile will email the Settlement Class Member a code to receive a $1 credit for use in the ParkMobile App. Settlement Class Members who receive this code will have one year to input the code into the ParkMobile app. There will be an overall cap of $21,000,000 available to Settlement Class Members as a credit – for the Class of approximately twenty-one million Class Members. This credit will apply to the ParkMobile fee on parking transaction(s) not to the fee owed to the parking premises/owner (which is not in Defendant's control). ParkMobile will not receive nor benefit from the fees collected in connection with the $1.00 credit. The credit will sunset after one year as is required for accounting purposes, except for California residents for whom it will not sunset. The Settlement Administrator will provide to Defendant a list of class members to whom the credit should be offered.

17.    In addition to the foregoing, the Settlement includes a $2,500,000.00 credit for business remedial measures implemented by Defendant. ParkMobile confirmed the enhanced data security procedures which were implemented subsequent to the Data Security Incident upon which the captioned case is based. None of the past or future costs associated with the development and implementation of these enhanced security procedures has been or will be paid by Plaintiffs and no portion of the $9,000,000.000 Settlement Fund will be used for this purpose.

9

18.    Additionally, the first $300,000.00 of costs and fees for settlement administration will be paid separately by ParkMobile including the costs of notice and reminder notice(s) ("Settlement Administration Fund"). The balance of any fees for settlement administration after the first $300,000.00 is expended, if any, will be paid from the Settlement Fund. The Settlement Administrator will file any necessary tax returns and pay all taxes required on behalf of the Settlement Fund and any such Taxes and Tax-Related Expenses will be included in the Administration and Notice Costs

19.    The Settlement Agreement provides every class member who Submits a valid claim with a monetary award that is fair, reasonable and adequate, especially considering the risks at class certification and trial. *Id.*, ¶¶ 29-34.

20.    The Settlement's terms are well within the range of reasonableness and granting Final Approval is consistent with applicable law. Joint Decl. ¶ 30.

21.    The Settlement provides Settlement Class Members with a timely, certain, and meaningful recovery, while further litigation and subsequent appeals are uncertain, would involve significant additional costs, and would delay any recovery achieved.

22.    The Settlement Agreement states that Plaintiffs may submit a motion for a fee award and expenses of up to $7,216,000.00.  Joint Decl. ¶¶ 42-43; S.A. ¶ 90.

23.     This action began in May of 2021. Over the course of nearly four years, Class Counsel have spent substantial and time and significant resources prosecuting this litigation. Class Counsel seek recovery of their attorneys' fees and expenses based on their lodestar and expenses incurred through February 2025. Class Counsel's lodestar for attorneys' fees through February 2025 is $6,178,387.00 for work performed throughout the litigation to date, excluding all fees related to preparation of the Motion for final Approval. Plaintiffs' expenses are $765,072.28.

24.     Class Counsel's lodestar represents 9,077.4  hours of work through February 27, 2025 (which excludes time related to researching and drafting the Motion for Final Approval) at their current hourly rates.  Class Counsel's pursuit of this case for the benefit for the Settlement Class has therefore precluded them from working on other matters. Class Counsel pursued this matter on a wholly contingent basis without any guarantee of recovery while advancing litigation expenses on behalf of Plaintiffs and the Settlement Class.

25.     Since the submission of Plaintiffs' lodestar through February 27,  2025, Class Counsel has spent numerous hours analyzing objections, addressing claims administration, attending the Final Approval Hearing and will continue to spend time through the resolution of claims administration. To be clear, these are obligations of Class Counsel for which they are ***not*** submitting lodestar. Nor is Class Counsel submitting lodestar for work related to preparation of the Motion for Final Approval.

Moreover, Class Counsel pursued this matter on a wholly contingent basis without any guarantee of recovery while advancing litigation expenses on behalf of Plaintiffs and the Settlement Class, bearing significant risk in pursuing Plaintiffs' claims.

26.    Class Counsel's rates range from $750.00 to  $1395.00 per hour for mid-level and senior partners and $450.00 to $650.00 per hour for younger attorneys. Paralegals and support staff rates ranged from $150.00 to $400.00 per hour. Class Counsel's current hourly rates are in accord with the prevailing rates for class action and complex commercial litigation in the relevant legal market, and where the principal attorneys are located. The rates also reflect Class Counsel national complex litigation practices.  These rates have been approved in other class action cases and are similar to other rates approved in similar actions across the country.

27.    Class Counsel are experienced class action litigators and have significant experience in data breach litigation analogous to this action. *See* Memorandum In Support of Motion to Appoint Interim Class Counsel, ECF No. 35-1, p. 9-22, and Exhibits A-J, biographies of Class Counsel submitted in support of Motion to Appoint Leadership, ECF No. 35-2 through 35-11.

28.    Indeed, Class Counsel have a strong track record of leading data breach cases and obtaining favorable results for plaintiffs in data privacy litigation. *Id.* Class Counsel relied on their vast experience handling data privacy class actions across the country to negotiate a non-reversionary common fund settlement, injunctive

relief, and additional class member relief, with experienced data breach defense counsel. Class Counsel used their experience to resolve this case and to reach a uniform, class-wide settlement. The Settlement achieved is a direct result of Class Counsel's skill, hard work, time and experience, and is particularly admirable considering the significant, inherent risks of class certification, summary judgment or trial.

29.    Given the reasonableness of counsel's hourly rates, and the reasonable number of hours required to successfully prosecute this action, Plaintiffs renew their request for attorneys' fees in the amount of $6,178,387.00 for attorneys' fees reasonably incurred through February 2025.[1] Indeed, comparison to other similar data breach cases demonstrates the efficiency with which Class Counsel litigated this case. As the Eleventh Circuit explained when reviewing attorney fee issues in another data breach case:

> Home Depot suggests that it was unreasonable for the District Court to accept more than 21,000 hours without showing any analysis of those hours specifically. While it is the obligation of district courts to ensure that the hours claimed are reasonable … we have said that courts "need not engage in an hour-by-hour analysis" when "the fee motion and supporting documents are so voluminous" that "an hour-by-hour review is simply impractical and a waste of judicial resources."

---

[1] Plaintiffs previously requested $6,251,892.00. Settlement Class Counsel reduced the fee request by $73,505.00 for 75.8 hours for work related to preparing the Motion for Final Approval and analyzing and responding to objections.

*In re Home Depot Inc.*, 931 F.3d 1065, 1089 (11th Cir. 2019) (case pending less than 3 years before settlement) (quoting *Loranger v. Stierheim*, 10 F.3d 776, 783 (11th Cir. 1994)): *see also In re: Capital One Consumer Data Security Breach Litigation*, No. 1:19-md-2915 (E.D. Va.) (ECF No. 2231) (during three years of litigation, class counsel expended 65,000 hours); *In re Anthem, Inc. Data Breach Litig.*, Case No. 5:15-md-02617 (N.D. Cal.) (ECF No. 916-6) (during six years of litigation, counsel expended 78,553 hours); *cf. Health Republic Ins. Co. v. United States,* 173 Fed. Cl. 508, 516, 519 (2024) (holding, in a case that "did not require discovery or go to trial," that 8,186 hours were reasonable number of hours).

30.    The number of hours Class Counsel expended litigating this case and achieving a notable settlement where every class member receives a benefit even if they fail to file a claim is eminently reasonable.

31.    Plaintiffs request $765,072.28 for expenses incurred through February 2025. Of this amount, $702,218.04 is related to multiple experts' fees and the cost of the required document repository. The remaining $62,854.24 consists of filing fees, mediation fees, discovery costs, depositions, travel, court reporting, transcripts, and legal research costs.  Class Counsel have been prudent in monitoring their litigation expenses in this case to date. These expenses were reasonably and necessarily incurred to advance the litigation and are the categories of expenses routinely charged to paying clients in the marketplace. What is more, these expenses

were reported to Declarants each month; they were reviewed concurrently and deemed to be necessary to the pursuit of Plaintiffs' claims.

32.    Plaintiffs requested Service Awards in the combined amount of $35,000.00 to the Settlement Class Representatives. Over the course of four years, Settlement Class Representatives worked diligently to represent the best interests of their fellow class members. They spent countless hours responding to discovery, locating and producing documents, sitting for depositions, advising counsel, and being involved in prosecuting a complex civil case on behalf of consumers throughout the country. Courts in the Eleventh Circuit continue to find service awards are permitted for common law claims in diversity cases. *See, e.g.*, *Cain et al. v. CGM, LLC*, Case No. 1:23-cv-02604-SEG at ECF No. 80 (N.D. Ga. Mar. 10, 2025) (awarding a total of $11,500 in service awards to seven class representatives) (Geraghty, J.); *Tims v. LGE Cmty. Credit Union*, 2023 WL 11915734 (N.D. Ga. Nov. 29, 2023) (Thrash, J.) ("As this Court, and other courts in the Eleventh Circuit have explained, state law governs the issue of Service Awards in diversity actions.") (awarding $10,000 service award).

33.    Class Counsel's request for attorneys' fees, expenses, and Service Awards in the amount of $6,978,459.28 is reasonable and justified in this case. Class Counsel also believe, based on their expertise and experience in this case and numerous others, that the Settlement is in the best interest of the Class.

We declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on April 10, 2025.


/s/ *MaryBeth V. Gibson*
MaryBeth V. Gibson
**GIBSON CONSUMER LAW GROUP, LLC**
*Interim Co-Lead Class Counsel*

/s/ *Arthur M. Murray*
Arthur M. Murray
**MURRAY LAW FIRM**

# EXHIBIT 1

# PARKMOBILE TIME AND EXPENSE BILLING PROTOCOL

TO:        ParkMobile PSC

FROM:      Art Murray and MaryBeth Gibson

DATE:      November 10, 2021

RE:        Time and Expense Billing Protocol for Interim Lead Counsel

It is important that all counsel on this case follow the same consistent, standard, and accurate billing practices. Time keeping has both a substantive and procedural component: We must only bill for time that is justifiably billed to the case (and that we would feel comfortable requesting payment from a fee-paying client), and we must document that time contemporaneously, accurately, and completely so that the Court and/or clients can understand the work that we have done. At the direction of Co-Lead Counsel, the following billing protocols are now in place. Please forward this memo to all timekeepers at your firm.

If there are any questions or if clarification is needed about any of the items addressed herein, please address your questions to Art Murray or MaryBeth Gibson.

## I.     OVERALL POLICIES AND GUIDELINES

**A.     All time and expenses must be authorized.** Plaintiffs' counsel will only be entitled to fees or reimbursement of expenses for functions or expenses authorized in advance by CO-Lead Counsel. If you have any doubts about whether your time has been so authorized, please reach out to Co-Lead Counsel for clarification. Time and expenses will only be submitted to the Court for work authorized in advance. ***Therefore, each billing entry must indicate who assigned you the function (or Litigation Phase category) for billing each task that is billed.***

**B.     Adherence to this Protocol Required.** Simply reporting the time does not mean a firm will be paid for that time or that such time will be included in any fee application. We will not be able to include in any fee petition any time that is not expended and timely reported in accordance with this protocol. Further, Co-Lead Counsel will evaluate the propriety of all reported time to ensure that the tasks were efficiently handled and are reasonable.

**C.     Minimum Number of Attorneys.** As few attorneys as reasonably possible should be on any conference call, deposition, hearing or meeting. At all times, care and attention shall be paid to avoid overbilling and overstaffing the case.

**D.     Committee Assignments and Weekly Calls.** Each of the attorneys selected to interim leadership by the Court have been assigned to committees. We ask that committee calls be limited to one lawyer from each firm that has been assigned to that committee, unless more than one firm lawyer has been appointed to that committee. If Committee members feel it is important

for other lawyers in their firms to participate on the calls, the other lawyers may participate but should not bill for their time unless approval is obtained from Co-Lead Counsel.

We also have weekly leadership calls during which we will bring each other up to speed on the work we're each doing in this litigation and the progress of the litigation as a whole. For billing purposes, these calls should generally be limited to lawyers who have been selected to a leadership position by the Court or, if that person is unavailable, a designee from the lawyer's firm, unless otherwise approved by Co-Lead Counsel.

**E.      Avoid Over-Staffing and Over-Billing.** Everyone must be mindful of the kinds of activities that are done by certain billers. Assignments within a firm should be doled out commensurate with years of experience and with the goal of avoiding over-staffing and over-billing. As an example, a senior partner should not be performing and billing for dozens of hours of document review.

**F.      Common Benefit Time Only.** Time and expenses incurred prior to the appointment of Interim Counsel will be considered for compensation only to the extent they contributed to the advancement of the litigation as a whole. Any time billed prior to appointment should include an explanation as to how the work performed benefitted the class.

**G.      Casual Review of Filings and Emails.** Do not bill for casual review of filings. General review of case filings, orders, transcripts, emails, or other documents not directly related to work assigned by Co-Lead Counsel will not be considered compensable time and should not be submitted. If you are reviewing for a reason (*i.e.*, to revise and edit, or to prepare for a hearing, conference call, or deposition), so state. Moreover, if you are not doing work relating to a specific area, you should not be billing to review those documents at all. For example, if you are not working on discovery issues, you do not need to bill to review the motion to compel briefs and responses. Also, do not bill an inordinate amount of time to reviewing/responding to emails and never bill for administrative emails.

**H.      Administrative Tasks and Administrative Staff.** Do not bill time for communication with administrative staff (except for very lengthy substantive conversations, such as training staff on document review protocols or other supervisory matters). Do not bill attorney time for administrative tasks that could be handled by a secretary or paralegal, such as organizing files, copying and mailing. Do not bill for leaving a voicemail.

**I.      Contract Attorneys.** Presently, there is no need for contract lawyers to be used to work on this case.

**J.      Allocation of Fees.** If we are fortunate enough to be awarded a fee in this litigation, the allocation of the fee among the participating firms will be made by Co-Lead Counsel after the fee has been awarded. In allocating any fee, Co-Lead Counsel will be guided by the concept that each firm will be rewarded for the value it has contributed to the results obtained for our clients. While each firm's lodestar will be a substantial factor in determining value, it will not be the only factor in determining value. Significant weight will be given to factors such as how efficiently and

effectively a firm has handled its responsibilities, the nature of the work done, creativity, collegiality, equity, and any other considerations that Co-Lead Counsel deem relevant or material.

## II.    GENERAL BILLING RULES

### A.    Format

- Time must be maintained accurately and contemporaneously.  Failure to maintain such records contemporaneously, as well as an insufficient description of the activity may result in disallowed time.

- All time must be billed in six-minute (tenth-of-an-hour) increments.

- **Block billing is expressly prohibited.**  Time shall be recorded by specific task and lawyer or other professional performing the task.  Time must be recorded by each task such that if there are multiple tasks billed to this case in a single day, each task must be its own entry including its allotted time spent on that specific task alone.

- Each time entry shall include an "approved by" column so that the timekeeper must state which Co-Lead Counsel or Committee Chair approved of the function (or Litigation Phase category) your time entry falls into and for which your time entry is being submitted.

- Always include subject matter in your entries.  References to "phone call," "review documents," "legal research," "attend meeting," "review email," standing alone, are insufficient.

- Always list other participants on telephone calls or in meetings, either by title (*i.e,* "opposing counsel," or, preferably, by name).  It may not be possible or desirable to list all recipients of emails, but try to specify the general group (*i.e,* "exchange email with opposing counsel re:…," "exchange email with EC re:…," or "exchange email with L. King re:…").

- At the end of any call or meeting, confirm the time to be billed. If it is a team conference call, or other call with a number of participants, the person chairing the meeting shall state the amount of time at the end of the call, or send an email thereafter.  Do this also for meetings with attorneys in your own firm.  **Important!**  If you join a call late, or get off a call early, please state (partial) in your time records, so as to avoid confusion about how long the call or meeting lasted.

- Use descriptive and detailed summaries and action words.  When describing the documents you are working on, instead of writing "review order," provide more details by specifying the subject or date of those documents (*e.g.*, stipulation to continue rule 16 conference).  If you do an in-depth and long review of a document,

list why (*e.g.,* in preparation for a deposition) or at least list further descriptive words (*e.g.,* review and analyze). Similarly, when describing your actions, avoid using phrases like "work on x" or "follow up on y," as these do not make clear what you actually did (instead use words like review, draft, analyze, annotate, research, etc.).

- Avoid abbreviations (that may make sense to you alone, or to you and other plaintiffs' counsel, but not the Court).

- You may not bill for time spent entering or summarizing time and expense reports.

- Each time entry must include a column for the associate Litigation Phase category per the below:

### B.    Litigation Phase Categories

- Please code your time by Litigation Phase.

1.    development, background investigation, and case administration (includes initial investigations, file setup, preparation of budgets, and routine communications with client, co-counsel, opposing counsel, and the Court);
2.    Pleadings;
3.    Interrogatories, document production, and other written discovery;
4.    Depositions (includes time spent preparing for depositions);
5.    Motions practice;
6.    Attending court hearings;
7.    Trial preparation and post-trial motions;
8.    Attending trial;
9.    ADR; and
10.    Fee petition preparation.

### C.    Billing Rates

- Billing rates must be "your customary billing rates" for this type of case. You must have some objectively verifiable proof of your customary billing rates.

## III.    EXPENSES

All expenses that are contemporaneously recorded, specifically documented, and timely reported will be eligible for reimbursement.

During the course of the litigation, common benefit expenses (referred to below as Shared costs), that benefit all plaintiffs will be paid from the litigation fund to be managed by Co-Lead Counsel. "Held Costs" are those that will be carried by each attorney in this class action and are described in more detail below.

BILLING PROTOCOL FOR TIME AND EXPENSE

All cost reimbursements will be subject to the limitations set forth below.

**A.    Shared Costs**

Shared costs are costs incurred for the common benefit of this case as a whole.  Any Shared cost in excess of $5,000 will require advance approval from Co-Lead Counsel before the expense is paid.  Shared Costs submitted to Co-Leads for reimbursement will be reviewed for adherence to these guidelines.  Shared Costs that are approved by Co-Lead Counsel may be eligible for reimbursement on a rolling basis from the litigation fund.  Shared Costs include:

- Filing and service costs;
- ESI hosting and review expenses;
- Deposition and court reporter fees;
- Expert witness costs;
- Document depository and other database costs;
- Website creation and hosting costs;
- Administrative expenses;
- Bank or financial institution charges;
- Investigative services;
- Notice/claims administrator charges;
- Special Master charges; and
- Mediator charges.

**B.    Held Costs**

Held costs must be incurred for the global benefit of this case.  No specific client-related costs may be considered as held costs, unless authorized by Co-Lead counsel.  All Held Costs should be reported at cost with no mark-up.  All attorneys seeking reimbursement for Held Costs must retain all receipts and billing records necessary to justify reimbursement.  Held Costs must be reported on a monthly basis consistent with the policies set forth below.  Held Costs must be incurred in performance of tasks authorized in advance and in writing by Co-Lead Counsel.  Held Costs include the categories listed below, and are subject to the following limitations:

- Air travel:
  Counsel shall use their best efforts to obtain reasonably-priced airfare, presumptively the cost of a coach fare seat or its equivalent.  First-class travel will not be reimbursed.
- Ground transportation:
  All rental or taxi fees should be reasonable for the type of travel required.  No black cars or limousines will be reimbursed unless no other services were available, or a larger car can be justified by the number of travelers.
- Hotel:
  Counsel shall stay in accommodations that do not exceed the cost of standard, business-class hotels in the city in which the stay occurs.  No suites or excessive hotel costs will be reimbursed.

- Meals:
  Meal expenses shall be reasonable, accounting for the purpose of the meal and the options available.  No alcohol shall be submitted or reimbursed.
- Legal Research Costs:
  Expenses for legal research serves incurred in connection with work assigned by Co-Lead Counsel may be submitted with no mark-up cover cost and as appropriately allocated to the case.
- Cash Expenses:
  Please avoid miscellaneous cash expenses for which receipts generally are not available (e.g., tips, luggage handling).  They may be reimbursed provided the expenses are properly itemized, not excessive, and accurately described.

The following expenses should be reported only at actual cost: fax charges; postage; long distance telephone charges; in-house photocopying; computerized legal research; and secretarial or clerical overtime.

### C.    Billing Rules

The following guidelines apply to both Shared Costs and Held Costs:

- All requests for reimbursement must be at actual cost, and supported by receipts.
- Only reasonable expenses will be reimbursed.
- Expenses should be reported in the month incurred. On expenses reported later, due to delays caused by slow third-party billing statements or billing cycles, the expense should be reported in the first-possible submission, along with an explanation for the delay.
- All expenses should include a description of the reason for the cost and reference the task associated with the cost.

## IV.    SUBMISSION OF TIME AND VERIFICATION

**A.    Format.** Time and expense reports will be compiled, reviewed and maintained by The Finley Firm, P.C.  Please transmit your monthly time and expense reports electronically in PDF and Excel format to Julie Morman at (jmorman@thefinleyfirm.com).  If you have any questions regarding the reports, please contact Julie directly by email or telephone (404) 320-9979 Ext. 216.

Each monthly time and expense submission must include the Time and Expense Reports in both a single Microsoft Excel workbook format (.xls) and PDF (.pdf) format.  This means that each monthly submission email will consist of one PDF file and one Excel file, within which there will be three tabs: Monthly Expense Report; Monthly Time Report; and Monthly Time Report Summary.  **Submissions must be made using the attached Time and Expense Reports.  Time and expenses not submitted using these Reports will not be considered.**

All Time and Expense Reports must be certified by an attorney with authority in each firm attesting to the accuracy of the submissions.  This requirement may be satisfied by including such

BILLING PROTOCOL FOR TIME AND EXPENSE

a certification along with each submission, either as a separate attachment to the email containing the submissions, or, if the submission email is sent directly by the certifying attorney, then in the body of the email containing the submissions.

You must maintain underlying time and expense records that support your monthly submissions, including original receipts.

**B. Schedule.** The first time and expense reports are **due December 15, 2021** and should include all qualified time and expenses incurred through **November 30, 2021**. Time and expense reports thereafter are to be submitted **by the 15th of each month** (or the first business day thereafter) for the preceding month (e.g. the January 15th, 2022 time and expense reports should include all time and expenses from December 2021). **Co-Lead Counsel may not consider, compile or include time and expenses that are submitted significantly late.**

# EXHIBIT 2

**Tyler Baker, et al. v. ParkMobile, LLC 1:21-cv-2182-SCJ**
**MONTHLY TIME REPORT**

| | |
|---|---|
| *Firm Name:* | |
| *Reporting Period:* | |
| *Date of Submission:* | |
| *Certified By:* | |

| LITIGATION PHASE CATEGORY CODES: | | | |
|---|---|---|---|
| #1 Case Development, Background Investigation, and Case Administration (incl. investigation, file setup, preparation of budgets, and routine comm'n with client, co-counsel, opposing counsel and the Court). | #2. Pleadings<br>#3. Interrogatories, Document Production & Other Written Discovery.<br>#4. Review/Coding Documents<br>#5. Depositions (includes prep) | #6. Motion Practice.<br>#7. Experts.<br>#8. Attending Court Hearings.<br>#9. Trial Preparation and Post-Trial Motions. | #10. Attending Trial.<br>#11. Mediation /Settlement Conference.<br>#12. Fee Petition Preparation. |

| Name | Title | Date | Litigation Phase Category of Work Performed | Description of Work | Approved By | Hours (in 1/10th) | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | - | | $0.00 |

**Tyler Baker, et al. v. ParkMobile, LLC 1:21-cv-2182-SCJ**
**MONTHLY TIME REPORT SUMMARY**

| | |
|---|---|
| *Firm Name:* | |
| *Reporting Period:* | |
| *Date of Submission:* | |
| *Certified By:* | |

| Category Name | Total Time per Category | Total Fees per Category |
|---|---|---|
| | | |
| #1 Case development, background investigation, and case administration (incl. investigaiton, file setup, preparation of budgets, and routine comm'n with client, co-counsel, opposing counsel and the Court). | | |
| #2 Pleadings | | |
| #3 Interrogatories, doc production and other written discovery | | |
| #4 Review/Coding Documents | | |
| #5 Depositions (includes prep) | | |
| #6 Motion Practice | | |
| #7 Experts | | |
| #8 Attending Court Hearings | | |
| #9 Trial Preparation and Post-Trial Motions | | |
| #10 Attending trial | | |
| #11 Mediation/Settlement Conference | | |
| #12 Fee Petition Preparation | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | **$0.00** |

**Tyler Baker, et al. v. ParkMobile, LLC 1:21-cv-2182-SCJ**
**MONTHLY EXPENSE REPORT**

| | |
|---|---|
| *Firm Name:* | |
| *Reporting Period:* | |
| *Date of Submission:* | |
| *Certified By:* | |

| EXPENSE CATEGORY CODES: | #4. Meals. | #8. Administrative (fax charges; postage; long distance telephone charges; in-house photocopying; computerized legal research; and secretarial or clerical overtime) | #9. Miscellaneous (<u>must</u> be detailed) |
|---|---|---|---|
| #1. Air travel. | #6. Legal Research Costs. | | |
| #2. Ground Transportation. | #7. Cash Expenses. | | |
| #3. Hotel. | | | |

**************************ALL ORIGINAL RECEIPTS MUST BE MAINTAINED AND PROVIDED TO CO-LEAD COUNSEL UPON REQUEST**************************

| Name | Date | Expense Category Code | Description of Expense / Charge | Approved By | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | | | | | **$0.00** |

EXHIBIT 3

4months,CLASS,CLOSED,PROTO,STAY

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02182-SCJ

Baker v. ParkMobile, LLC
Assigned to: Judge Steve C. Jones
Lead case: 1:21-cv-04112-SCJ
Member case: (View Member Case)
Cause: 28:1332 Diversity-Breach of Fiduciary Duty

Date Filed: 05/25/2021
Date Terminated: 07/18/2024
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Tyler Baker**
*on behalf of himself and all others similarly
situated*

represented by **Arielle S. Wagner**
Lockridge Grindal Nauen, P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
612-339-6900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
Zimmerman Reed, P.L.L.P. -MN
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400
Fax: .
Email: brian.gudmundson@zimmreed.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
Chestnut Cambronne PA
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
612-339-7300
Fax: 612-336-2940
Email: bbleichner@chestnutcambronne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carey Alexander**
Scott & Scott, LLP-NY
The Helmsley Building 17th Floor
230 Park Avenue
New York, NY 10169
212-223-6444

Fax: 212-223-6334
Email: calexander@clarksonlawfirm.com
*TERMINATED: 09/12/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James J. Pizzirusso**
Hausfeld LLP
888 16th Street
Ste 300
Washington, DC 20006
202-540-7200
Fax: 202-540-7148
Email: jpizzirusso@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
Lynch Carpenter LLP
1133 Penn Ave
5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: jamisen@lcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott & Scott, Attorneys at Law, LLP
230 Park Avenue
17th Floor
New York, NY 10169
212-223-6444
Email: jguglielmo@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
The Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Email: jlyon@thelyonfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
Lockridge Grindal Nauen, P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

612-339-6900
Email: Khriebel@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter-Kauf**
Lockridge Grindal Nauen, P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
612-339-6900
Email: kmbaxter-kauf@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin M. Cox**
The Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
513-766-9052
Email: kcox@thelyonfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leona B. Ajavon**
Lockridge Grindal Nauen, P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
612-339-6900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
The Finley Firm, P.C.
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
678-642-2503
Email:
marybeth@gibsonconsumerlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
Zimmerman Reed, P.L.L.P. -MN
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400

Fax: .
Email: michael.laird@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**
Lynch Carpenter LLP
1133 Penn Ave
5th Floor
Pittsburgh, PA 15222
412-322-9243
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean C. Russell**
Scott & Scott Attorneys at Law LLP
600 W. Broadway
Ste 3000
San Diego, CA 92101
619-233-4565
Email: srussell@scott-scott.com
*TERMINATED: 01/30/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Steven M. Nathan**
Hausfeld, LLP
33 Whitehall Street
New York, NY 10004
646-357-1194
Fax: 212-202-4322
Email: snathan@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Swathi Bojedla**
Hausfeld LLP
888 16th Street
Ste 300
Washington, DC 20006
202-540-7200
Fax: 202-540-7201
Email: sbojedla@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
Markovits, Stock & Demarco, LLC
119 E. Court Street
Suite 530
Cincinnati, OH 45202
513-651-3700
Fax: 513-665-0219

Email: tcoates@msdlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**N. Nickolas Jackson**
The Finley Firm, P.C.
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
404-320-9979
Email: njackson@thefinleyfirm.com
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
Lynch Carpenter, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: NickC@lcllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mariam George**                     represented by **Arthur M. Murray**
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carey Alexander**
(See above for address)
*TERMINATED: 09/12/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Caroline Thomas White**
Murray Law Firm
650 Poydras Street

Suite 2150
New Orleans, LA 70130
504-593-6473
Email: cthomas@murray-lawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean C. Russell**
(See above for address)
*TERMINATED: 01/30/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Emma Jackson**                              represented by  **Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sait Kurmangaliyev**                     represented by  **Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Manson**                              represented by   **Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth Ann Hutchinson**
Morrison Foerster
370 17th Street
Suite 4200
Denver, CO 80202
303-592-5678
Fax: 303-592-1510
Email: EHutchinson@mofo.com
*TERMINATED: 05/08/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

**James J. Pizzirusso**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heriberto Traviesto**                        represented by   **Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige T. Noah**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence R. Coates**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Colella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Weaver**                          represented by   **Jamisen Etzel**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paige T. Noah**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph P. Guglielmo**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **MaryBeth Vassil Gibson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J. Laird**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megean Demos**                         represented by   **Arthur M. Murray**
*TERMINATED: 08/29/2022*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carey Alexander**
                                                          (See above for address)
                                                          *TERMINATED: 09/12/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

                                                          **Caroline Thomas White**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gary F. Lynch**
                                                          Lynch Carpenter, LLP
                                                          1133 Penn Avenue, 5th Floor
                                                          Pittsburgh, PA 15222
                                                          412-322-9243
                                                          Email: Gary@lcllp.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Nickolas Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack William Weaver**                    represented by   **Todd D. Carpenter**
*TERMINATED: 08/29/2022*                                    Carlson Lynch Sweet & Kilpela &
                                                           Carpenter, LLP
                                                           29th Floor
                                                           402 West Broadway
                                                           San Diego, CA 92101
                                                           619-756-6994
                                                           Fax: 619-756-6990
                                                           Email: tcarpenter@carlsonlynch.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **MaryBeth Vassil Gibson**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ParkMobile, LLC**                        represented by   **Alfred J. Saikali**
                                                           Shook Hardy & Bacon, LLP
                                                           201 S. Biscayne Blvd.
                                                           Miami, FL 33131
                                                           305-358-5171
                                                           Email: asaikali@shb.com
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Elisabeth Ann Hutchinson**
                                                           (See above for address)
                                                           *TERMINATED: 05/08/2023*
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*

**Jason Kyle Ward**
Shook Hardy & Bacon, LLP - MO
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email: jward@shb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin R. Donoho**
Duane Morris LLP
190 S LaSalle Street
Suite 3700
Chicago, IL 60603
312-499-0126
Fax: 312-277-6854
Email: JRDonoho@duanemorris.com
*TERMINATED: 08/28/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Michael Rayfield**
Shook, Hardy & Bacon, LLP-NY
1 Rockefeller Plaza
Suite 2801
New York, NY 10020
212-989-8844
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tammy Beth Webb**
Shook, Hardy & Bacon LLP - SF CA
555 Mission Street, Suite 2300
San Francisco, CA 94105
415-544-1900
Fax: 415-391-0281
Email: tbwebb@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Gieser**
Shook, Hardy & Bacon
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
864-680-7518
Email: cgieser@shb.com
*ATTORNEY TO BE NOTICED*

**Joshua Luke Becker**

Shook Hardy & Bacon LLP
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
470-867-6010
Email: jbecker@shb.com
*ATTORNEY TO BE NOTICED*

**Timia Andrielle Skelton**
Shook, Hardy & Bacon LLP
1230 Peachtree St NE
Ste 1200
Atlanta, GA 30309
470-867-6006
Email: tskelton@bradley.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Lauren Schaubach**                    represented by **Craig J. Ehrlich**
                                        Ehrlich Law Office, LLC
                                        493 Flat Shoals Avenue, S.E.
                                        Atlanta, GA 30316
                                        404-365-4460
                                        Fax: 855-415-2480
                                        Email: craig@ehrlichlawoffice.com
                                        *ATTORNEY TO BE NOTICED*

**Intervenor**

**Mark Aussieker**                      represented by **Craig J. Ehrlich**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Objector**

**Ankura Consulting Group, LLC**        represented by **Caroline Gieser**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Joshua Luke Becker**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2021 | 1 | COMPLAINT with Jury Demand filed by Tyler Baker. (Filing fee $402.00, receipt number AGANDC-10998648) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Incorrect Summons)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 05/26/2021) |
| 05/26/2021 | 2 | PROPOSED SUMMONS filed by Tyler Baker (Gibson, MaryBeth) (Entered: 05/26/2021) |

| 05/27/2021 | 3 | Electronic Summons Issued as to ParkMobile, LLC. (rlb) (Entered: 05/27/2021) |
|---|---|---|
| 06/02/2021 | 4 | ORDER REASSIGNING CASE. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:21-CV-2182-SCJ. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Steve C. Jones on 6/2/21. (rlb) (Entered: 06/02/2021) |
| 06/03/2021 | 5 | APPLICATION for Admission of Brian C. Gudmudson Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11018150).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/03/2021) |
| 06/04/2021 | 6 | APPLICATION for Admission of Terence R. Coates Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11018602).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/04/2021) |
| 06/04/2021 | 7 | APPLICATION for Admission of Brian L. Bleichner Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11020335).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/04/2021) |
| 06/07/2021 | | APPROVAL by Clerks Office re: 5 APPLICATION for Admission of Brian C. Gudmudson Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11018150).. Attorney Brian C. Gudmundson added appearing on behalf of Tyler Baker (nmb) (Entered: 06/07/2021) |
| 06/07/2021 | 8 | AFFIDAVIT of Service for Summons and Complaint , as to Defendant. (Gibson, MaryBeth) (Entered: 06/07/2021) |
| 06/08/2021 | 9 | ORDER granting 5 Application for Admission Pro Hac Vice filed by Brian C. Gudmudson. Signed by Judge Steve C. Jones on 6/8/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 06/08/2021) |
| 06/09/2021 | | APPROVAL by Clerks Office re: 6 APPLICATION for Admission of Terence R. Coates Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11018602). Attorney Terence R. Coates added appearing on behalf of Tyler Baker (cdg) (Entered: 06/09/2021) |
| 06/09/2021 | | RETURN of 7 APPLICATION for Admission of Brian L. Bleichner Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11020335). to attorney for correction re: Applicant's information. (cdg) (Entered: 06/09/2021) |
| 06/09/2021 | 10 | APPLICATION for Admission of Bryan L. Bleichner Pro Hac Vice.by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/09/2021) |
| 06/11/2021 | 11 | ORDER granting 6 Application for Admission Pro Hac Vice filed by Terence R. Coates. Signed by Judge Steve C. Jones on 6/10/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 06/11/2021) |
| 06/11/2021 | | Clerk's Certificate of Mailing to Terence R. Coates re 11 Order. (ddm) (Entered: 06/11/2021) |
| 06/14/2021 | | APPROVAL by Clerks Office re: 10 APPLICATION for Admission of Bryan L. Bleichner Pro Hac Vice. Attorney Bryan L. Bleichner added appearing on behalf of Tyler |

| | | Baker (cdg) (Entered: 06/14/2021) |
|---|---|---|
| 06/14/2021 | 12 | ORDER granting 10 Application for Admission Pro Hac Vice filed by Bryan L. Bleichner. Signed by Judge Steve C. Jones on 6/14/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(cdg) (Entered: 06/14/2021) |
| 06/14/2021 | 13 | ORDER TO SHOW CAUSE for Plaintiff as to why this action should not be dismissed for lack of subject matter jurisdiction no later than JULY 1, 2021. Plaintiff's response shall be in the form of an amended complaint that corrects the above-stated deficiency concerning Defendant ParkMobile/ LLC. Signed by Judge Steve C. Jones on 06/14/2021. (rsg) (Entered: 06/15/2021) |
| 06/15/2021 | 14 | STIPULATION *for Extension of Time for Defendant to File a Responsive Pleading* by ParkMobile, LLC. (Becker, Joshua) (Entered: 06/15/2021) |
| 06/15/2021 | 15 | NOTICE of Appearance by Joshua Luke Becker on behalf of ParkMobile, LLC (Becker, Joshua) (Entered: 06/15/2021) |
| 06/15/2021 | 16 | NOTICE of Appearance by Caroline Gieser on behalf of ParkMobile, LLC (Gieser, Caroline) (Entered: 06/15/2021) |
| 06/16/2021 | 17 | NOTICE of Appearance by N. Nickolas Jackson on behalf of Tyler Baker (Jackson, N.) (Entered: 06/16/2021) |
| 06/17/2021 | 18 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Joseph M. Lyon. Clerk to follow-up by 6/28/2021. (nmb) (Entered: 06/17/2021) |
| 06/23/2021 | 19 | ORDER approving the parties' Joint Stipulation for Extension of Time 14 and allowing Defendant ParkMobile, LLC through July 22, 2021 to file a responsive pleading to Plaintiff's Complaint 1 . The Court instructs the parties that it is this Court's preference that any future extension of time requests be by motion pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), accompanied by a proposed order. Signed by Judge Steve C. Jones on 6/23/2021. (ddm) (Entered: 06/23/2021) |
| 06/28/2021 | 20 | AMENDED COMPLAINT against ParkMobile, LLCwith Jury Demand filed by Tyler Baker.(Gibson, MaryBeth) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/28/2021) |
| 06/29/2021 | 21 | APPLICATION for Admission of Joseph M. Lyon Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11074307).by Tyler Baker. (Gibson, MaryBeth) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 06/29/2021) |
| 07/07/2021 | 22 | ORDER re 13 Order to Show Cause. The Court hereby deems its June 14, 2021 show cause order satisfied by the filing of the 20 Amended Complaint. The Court will not require any additional action in regard to said show cause order. Signed by Judge Steve C. Jones on 7/6/2021. (ddm) (Entered: 07/07/2021) |
| 07/07/2021 | 23 | Joint MOTION to Consolidate Cases by Tyler Baker. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 07/07/2021) |
| 07/08/2021 | 24 | ORDER granting the parties' 23 Joint Motion to Consolidate Cases. Case No. 1-21-CV-02252, George v. ParkMobile, LLC, and Case No. 1:21-CV-02496-SCJ, Travieso v. ParkMobile, LLC, are hereby consolidated with Case No. 1:21-CV-02182-SCJ, Baker v. ParkMobile, LLC, and shall proceed under Case No. 1 :21-CV-02182-SCJ. The Clerk is to designate Case Nos. 1-21-CV-02252 and 1:21-CV-02496-SCJ as related/member cases |

| | | |
|---|---|---|
| | | on CM/ECF and thereafter administratively terminate said cases. Plaintiffs shall file a consolidated amended complaint within 21 days from the date of this Order. Signed by Judge Steve C. Jones on 7/7/2021. (ddm) (Entered: 07/08/2021) |
| 07/08/2021 | | APPROVAL by Clerks Office re: 21 APPLICATION for Admission of Joseph M. Lyon Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11074307).. Attorney Joseph M. Lyon added appearing on behalf of Tyler Baker (nmb) (Entered: 07/08/2021) |
| 07/09/2021 | 25 | ORDER granting 21 Application for Admission Pro Hac Vice filed by Joseph M. Lyon. Signed by Judge Steve C. Jones on 7/8/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 07/09/2021) |
| 07/09/2021 | | Clerk's Certificate of Mailing to Joseph M. Lyon re 25 Order. (ddm) (Entered: 07/09/2021) |
| 07/13/2021 | 26 | Amended MOTION to Consolidate Cases by Tyler Baker. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 07/13/2021) |
| 07/14/2021 | 27 | APPLICATION for Admission of Steven M. Nathan Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11104474).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 07/14/2021) |
| 07/14/2021 | 28 | APPLICATION for Admission of James Pizzirusso Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11104490).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 07/14/2021) |
| 07/14/2021 | 29 | ORDER granting the parties' 26 Amended Joint Motion to Consolidate Cases. Sait Kurmangaliyev v. ParkMobile, LLC, Case No. 1:21-cv-02745-SJC is hereby consolidated with Case No. 1:21-CV-02182-SCJ, Baker v. ParkMobile, LLC, and shall proceed under Case No. 1:21-CV-02182-SCJ. Plaintiffs shall file a consolidated amended complaint within 21 days from the date of this Order. Signed by Judge Steve C. Jones on 7/14/2021. (ddm) (Entered: 07/14/2021) |
| 07/20/2021 | 30 | Joint MOTION for Extension of Time for Plaintiffs to File a Consolidated Amended Complaint by Tyler Baker. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 07/20/2021) |
| 07/20/2021 | 31 | ORDER granting the parties' 30 Joint Motion for Extension of Time, through August 18, 2021, for Plaintiffs to File an Amended Consolidated Complaint. Signed by Judge Steve C. Jones on 7/20/2021. (ddm) (Entered: 07/21/2021) |
| 07/21/2021 | | APPROVAL by Clerks Office re: 27 APPLICATION for Admission of Steven M. Nathan Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11104476).. Attorney Steven Nathan added appearing on behalf of Tyler Baker (nmb) (Entered: 07/21/2021) |
| 07/21/2021 | | APPROVAL by Clerks Office re: 28 APPLICATION for Admission of James Pizzirusso Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11104490).. Attorney James J. Pizzirusso added appearing on behalf of Tyler Baker (nmb) (Entered: 07/21/2021) |
| 07/21/2021 | 32 | ORDER granting 27 Application for Admission of Steven M. Nathan Pro Hac Vice. Signed by Judge Steve C. Jones on 07/21/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(rsg) (Entered: 07/21/2021) |

| 07/21/2021 | 33 | ORDER granting 28 Application for Admission of James Pizzirusso Pro Hac Vice. Signed by Judge Steve C. Jones on 07/21/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(rsg) (Entered: 07/21/2021) |
|---|---|---|
| 08/18/2021 | 34 | AMENDED COMPLAINT against ParkMobile, LLC, with Jury Demand, filed by Tyler Baker, Miriam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, and Heriberto Traviesto.(Gibson, MaryBeth) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 8/18/2021 to edit filers (ddm). (Entered: 08/18/2021) |
| 08/18/2021 | 35 | MOTION to Appoint Counsel with Brief In Support of Motion to Appoint Interim Class Counsel, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Gibson, MaryBeth) (Entered: 08/18/2021) |
| 08/19/2021 | 36 | APPLICATION for Admission of Swathi Bojedla Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198515.by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/19/2021) |
| 08/19/2021 | 37 | APPLICATION for Admission of Michael J. Laird Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198534.by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/19/2021) |
| 08/19/2021 | 38 | APPLICATION for Admission of Nick A. Colella Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198541).by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/19/2021) |
| 08/23/2021 | 39 | APPLICATION for Admission of Kate M. Baxter-Kauf Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11204667).by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/23/2021) |
| 08/23/2021 | 40 | APPLICATION for Admission of Karen H. Riebel Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11204680).by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/23/2021) |
| 08/24/2021 | 41 | NOTICE of Appearance by Timia Andrielle Skelton on behalf of ParkMobile, LLC (Skelton, Timia) (Entered: 08/24/2021) |
| 08/24/2021 | 42 | Joint MOTION for Extension of Time to File Answer with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion to Extend Time)(Becker, Joshua) (Entered: 08/24/2021) |

| | | |
|---|---|---|
| 08/24/2021 | 43 | Joint MOTION for Leave to File Excess Pages with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Excess Pages) (Becker, Joshua) (Entered: 08/24/2021) |
| 08/24/2021 | | APPROVAL by Clerks Office re: 36 APPLICATION for Admission of Swathi Bojedla Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198515).. Attorney Swathi Bojedla added appearing on behalf of Tyler Baker (nmb) (Entered: 08/24/2021) |
| 08/24/2021 | | APPROVAL by Clerks Office re: 37 APPLICATION for Admission of Michael J. Laird Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198534).. Attorney Michael J. Laird added appearing on behalf of Tyler Baker (nmb) (Entered: 08/24/2021) |
| 08/24/2021 | | RETURN of 38 APPLICATION for Admission of Nick A. Colella Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11198541). to attorney for correction re: GA Bar membership. (nmb) (Entered: 08/24/2021) |
| 08/26/2021 | | APPROVAL by Clerks Office re: 39 APPLICATION for Admission of Kate M. Baxter-Kauf Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11204667).. Attorney Kate M. Baxter-Kauf added appearing on behalf of Tyler Baker (nmb) (Entered: 08/26/2021) |
| 08/26/2021 | | APPROVAL by Clerks Office re: 40 APPLICATION for Admission of Karen H. Riebel Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11204680).. Attorney Karen Hanson Riebel added appearing on behalf of Tyler Baker (nmb) (Entered: 08/26/2021) |
| 08/26/2021 | 44 | ORDER granting 36 Application for Admission Pro Hac Vice filed by Swathi Bojedla. Signed by Judge Steve C. Jones on 8/26/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 08/26/2021) |
| 08/26/2021 | 45 | ORDER granting 37 Application for Admission Pro Hac Vice filed by Michael J. Laird. Signed by Judge Steve C. Jones on 8/26/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 08/26/2021) |
| 08/26/2021 | 46 | ORDER granting 39 Application for Admission Pro Hac Vice filed by Kate M. Baxter-Kauf. Signed by Judge Steve C. Jones on 8/26/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 08/26/2021) |
| 08/26/2021 | 47 | ORDER granting 40 Application for Admission Pro Hac Vice filed by Karen H. Riebel. Signed by Judge Steve C. Jones on 8/26/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 08/26/2021) |
| 08/26/2021 | 48 | ORDER granting the parties' 42 Joint Motion to Extend Time for a ResponsivePleading to the Complaint and Related Filings. Signed by Judge Steve C. Jones on 8/26/2021. (ddm) (Entered: 08/26/2021) |
| 08/26/2021 | 49 | ORDER granting the parties' 43 Joint Motion for for Modified Page Limitations for a Responsive Pleading to the Complaint and Related Filings. Signed by Judge Steve C. Jones on 8/26/2021. (ddm) (Entered: 08/26/2021) |

| 08/30/2021 | 50 | MOTION to Intervene *and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance* with Brief In Support by Lauren Schaubach, Mark Aussieker. (Attachments: # 1 Brief)(Ehrlich, Craig) (Entered: 08/30/2021) |
| 09/02/2021 | 51 | NOTICE of Appearance by Nicholas Colella on behalf of Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto (Colella, Nicholas) (Entered: 09/02/2021) |
| 09/08/2021 | | Submission of 35 MOTION to Appoint Counsel , to District Judge Steve C. Jones. (ddm) (Entered: 09/08/2021) |
| 09/13/2021 | 52 | RESPONSE in Opposition re 50 MOTION to Intervene *and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance* filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Laird, Michael) (Entered: 09/13/2021) |
| 09/14/2021 | 53 | APPLICATION for Admission of Elisabeth Hutchinson Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11257773).by ParkMobile, LLC. (Becker, Joshua) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2021) |
| 09/14/2021 | 54 | APPLICATION for Admission of Tammy Webb Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11257776).by ParkMobile, LLC. (Becker, Joshua) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2021) |
| 09/17/2021 | | APPROVAL by Clerks Office re: 53 APPLICATION for Admission of Elisabeth Hutchinson Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11257773).by ParkMobile, LLC (cdg) (Entered: 09/17/2021) |
| 09/17/2021 | | APPROVAL by Clerks Office re: 54 APPLICATION for Admission of Tammy Webb Pro Hac Vice (Application fee $ 150, receipt number AGANDC-11257776). Attorney Tammy Webb added appearing on behalf of ParkMobile, LLC (cdg) (Entered: 09/17/2021) |
| 09/27/2021 | 55 | REPLY BRIEF re 50 MOTION to Intervene *and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance* filed by Mark Aussieker, Lauren Schaubach. (Ehrlich, Craig) (Entered: 09/27/2021) |
| 09/28/2021 | | Submission of 50 MOTION to Intervene *and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance*, to District Judge Steve C. Jones. (ddm) (Entered: 09/28/2021) |
| 09/28/2021 | 56 | ORDER granting 53 Application for Admission Pro Hac Vice filed by Elisabeth Hutchinson. Signed by Judge Steve C. Jones on 9/28/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 09/28/2021) |
| 09/28/2021 | 57 | ORDER granting 54 Application for Admission Pro Hac Vice filed by Tammy Webb. Signed by Judge Steve C. Jones on 9/28/2021. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 09/28/2021) |
| 09/28/2021 | | Clerk's Certificate of Mailing to Elisabeth Hutchinson re 56 Order. (ddm) (Entered: 09/28/2021) |
| 09/29/2021 | 58 | Joint MOTION for Extension of Time to File Answer with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting |

| | | |
|---|---|---|
| | | Motion to Extend Time)(Becker, Joshua) (Entered: 09/29/2021) |
| 09/30/2021 | 59 | ORDER granting the parties' 58 Joint Motion to Extend Time for a Responsive Pleading to the Complaint and Related Filings. The Baker Plaintiffs will file a first amended consolidated class action complaint within thirty days after both Demos and Weaver have been reassigned and transferred, respectively, to this Court. ParkMobile's responsive pleading to this first amended consolidated class action complaint will be due thirty days after the first amended consolidated class action complaint is filed. The Baker Plaintiffs will then have thirty days for their response, and ParkMobile will then have ten days for its reply. Signed by Judge Steve C. Jones on 9/30/2021. (ddm) (Entered: 09/30/2021) |
| 10/15/2021 | 60 | ORDER granting 35 Plaintiffs' Motion to Appoint Interim Class Counsel. Signed by Judge Steve C. Jones on 10/15/2021. (ddm) (Entered: 10/15/2021) |
| 10/15/2021 | 61 | ORDER denying the 50 Motion to Intervene and Request to Hold Motion to Appoint Interim Class Counsel in Abeyance. Signed by Judge Steve C. Jones on 10/15/2021. (ddm) (Entered: 10/15/2021) |
| 10/29/2021 | 62 | First MOTION for Extension of Time *for Plaintiff's to File a First Amended Consolidated Class Action Complaint* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Extension)(Gibson, MaryBeth) (Entered: 10/29/2021) |
| 11/02/2021 | 63 | ORDER granting the parties' 62 JOint Motion for Extension of Time for Plaintiffs to File a First Amended Consolidated Class Action Complaint. Plaintiffs shall have an extension of 10 days after Weaver is reassigned to this Court to file a First Amended Consolidated Class Action Complaint. ParkMobile's responsive pleadings to the First Amended Consolidated Class Action Complaint will be due thirty (30) days after the First Amended Consolidated Class Action Complaint is filed. The Baker Plaintiffs will then have thirty (30) days for their response, and ParkMobile will then have ten (10) days for its reply. Signed by Judge Steve C. Jones on 11/02/2021. (ddm) (Entered: 11/02/2021) |
| 11/18/2021 | 64 | AMENDED COMPLAINT *(Consolidated)* against ParkMobile, LLCwith Jury Demand filed by Gregory Manson, Tyler Baker, Mariam George, Heriberto Traviesto, Sait Kurmangaliyev, Emma Jackson, Jack Weaver.(Laird, Michael) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/18/2021) |
| 12/14/2021 | 65 | Joint MOTION for Extension of Time to File Answer with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion to Extend Time)(Becker, Joshua) (Entered: 12/14/2021) |
| 12/21/2021 | 66 | ORDER granting the parties' 65 Joint Motion for Extension for a Responsive Pleading to the Complaint. Defendant's responsive pleading shall be filed December 22, 2021, Plaintiffs' Response shall be filed January 24, 2022, and ParkMobile's Reply shall be filed February 3, 2022. Signed by Judge Steve C. Jones on 12/21/2021. (ddm) (Entered: 12/21/2021) |
| 12/22/2021 | 67 | ORDER directing that if the attorneys of record object to the consolidation of Civil Action Nos. 1:21-CV-2182, 1:21-CV-3595 and 1:21-CV-4112, they should file their objections on or before January 6, 2022. Signed by Judge Steve C. Jones on 12/22/2021. (ddm) (Entered: 12/22/2021) |
| 12/22/2021 | 68 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Brief MEMORANDUM IN SUPPORT OF |

| | | |
|---|---|---|
| | | DEFENDANTS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6))(Becker, Joshua) (Entered: 12/22/2021) |
| 12/22/2021 | 69 | ORDER, objections to the the proposed consolidation of the cases referenced in this Order shall be filed on or before JANUARY 6, 2022. Signed by Judge Steve C. Jones on 12/22/2021. (vs) (Entered: 12/27/2021) |
| 01/07/2022 | 70 | ORDER consolidating 1-21-CV-03595, Demos v. ParkMobile, LLC, and Case No. 1:21-CV-04112-SCJ, Weaver v. ParkMobile, LLC, with Case No. 1:21-CV-02182-SCJ, Baker v. ParkMobile, LLC, and shall proceed under Case No. 1:21-cv-2182-SCJ. The Clerk is directed to to designate Case Nos. 1-21-CV-03595 and 1:21- CV-4112 as related/member cases on CM/ ECF and thereafter administratively terminate Case Nos. 1:21-CV-3595 and 1:21-cv-4112-SCJ. The Court will not sua sponte order amendment of the complain t in 1:21-cv-2182. Plaintiffs may, however, request amendment of the Complaint by motion. Signed by Judge Steve C. Jones on 1/07/2022. (ddm) (Entered: 01/07/2022) |
| 01/21/2022 | | Submission of 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , to District Judge Steve C. Jones. (pdw) (Entered: 01/21/2022) |
| 01/21/2022 | | Set/Reset Deadlines as to 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Responses due by 1/24/2022 Replies due by 2/3/2022. (pdw) (Entered: 01/21/2022) |
| 01/21/2022 | | Notification of Docket Correction re Submission to District Judge on Motion to Dismiss 68 : submission terminated, entered in error. (pdw) (Entered: 01/21/2022) |
| 01/21/2022 | 71 | CERTIFICATE OF SERVICE of Initial Disclosures by ParkMobile, LLC.(Becker, Joshua) (Entered: 01/21/2022) |
| 01/24/2022 | 72 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gudmundson, Brian) Modified on 9/21/2022 to link Scheduling Order (pdw). (Entered: 01/24/2022) |
| 01/24/2022 | 73 | RESPONSE in Opposition re 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson. (Gibson, MaryBeth) (Entered: 01/24/2022) |
| 01/24/2022 | 74 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver of Initial Disclosures (Baxter-Kauf, Kate) (Entered: 01/24/2022) |
| 02/03/2022 | 75 | PROPOSED ORDER Scheduling Order. (Gudmundson, Brian) (Entered: 02/03/2022) |
| 02/03/2022 | 76 | REPLY to Response to Motion re 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 02/03/2022) |
| 02/07/2022 | 77 | MOTION to Quash Plaintiffs' Subpoena to Non-Party Gemini Advisory, or in the alternative, MOTION for Protective Order, with Brief In Support, by ParkMobile, LLC. (Attachments: # 1 Exhibit Subpoena to Gemini Advisory)(Skelton, Timia) . Added MOTION for Protective Order on 2/22/2022 (ddm). (Entered: 02/07/2022) |
| 02/15/2022 | 78 | APPLICATION for Admission of Alfred J. Saikali Pro Hac Vice (Application fee $ 150, receipt number BGANDC-11595388).by ParkMobile, LLC. (Becker, Joshua) Documents for this entry are not available for viewing outside the courthouse. (Entered: 02/15/2022) |
| 02/21/2022 | 79 | RESPONSE in Opposition re 77 MOTION to Quash Plaintiffs' Subpoena to Non-Party Gemini Advisory filed by Tyler Baker, Mariam George, Emma Jackson, Sait |

| | | |
|---|---|---|
| | | Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Baxter-Kauf, Kate) (Entered: 02/21/2022) |
| 02/22/2022 | | APPROVAL by Clerks Office re: 78 APPLICATION for Admission of Alfred J. Saikali Pro Hac Vice (Application fee $ 150, receipt number BGANDC-11595388).. Attorney Alfred J. Saikali added appearing on behalf of ParkMobile, LLC (gas) (Entered: 02/22/2022) |
| 02/22/2022 | 80 | ORDER granting 78 Application for Admission Pro Hac Vice filed by Alfred J. Saikali. Signed by Judge Steve C. Jones on 02/22/2022. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 02/22/2022) |
| 03/11/2022 | | Submission of 77 MOTION to Quash Plaintiffs' Subpoena to Non-Party Gemini Advisory MOTION for Protective Order, to District Judge Steve C. Jones. (pdw) (Entered: 03/11/2022) |
| 04/25/2022 | | Submission of 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , to District Judge Steve C. Jones. (rlh) (Entered: 04/25/2022) |
| 05/19/2022 | 81 | *Notice of Supplemental Authority* by ParkMobile, LLC re 68 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (Skelton, Timia) Modified on 5/20/2022 to edit docket text (ddm). (Entered: 05/19/2022) |
| 05/20/2022 | 82 | RESPONSE to 81 *Defendants Supplemental Authority* filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Exhibit - A (Baysal), # 2 Exhibit - B (Greenstein))(Laird, Michael) Modified on 5/23/2022 to edit docket text (ddm). (Entered: 05/20/2022) |
| 05/20/2022 | 83 | NOTICE *of Supplemental Authority* filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Exhibit - A (Equifax))(Laird, Michael) Modified on 5/23/2022 to edit docket text (ddm). (Entered: 05/20/2022) |
| 05/23/2022 | 84 | SCHEDULING ORDER. (See order for specific dates and deadlines.) Signed by Judge Steve C. Jones on 05/23/2022. (ddm) (Entered: 05/23/2022) |
| 05/26/2022 | 85 | RESPONSE to 83 *Plaintiffs' Notice of Supplemental Authority* filed by ParkMobile, LLC. (Skelton, Timia) Modified on 5/27/2022 to edit docket text (ddm). (Entered: 05/26/2022) |
| 06/13/2022 | 86 | NOTICE Of Filing by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver (Attachments: # 1 Text of Proposed Order Stipulated Protective Order, # 2 Plaintiff's Position Statement, # 3 Defendant's Position Statement)(Gibson, MaryBeth) (Entered: 06/13/2022) |
| 06/17/2022 | 87 | Proposed STIPULATION *for the Production of Documents and ESI* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Gibson, MaryBeth) Modified on 6/21/2022 to edit docket text (ddm). (Entered: 06/17/2022) |
| 08/19/2022 | 88 | Instructions for Cases Assigned to the Honorable Steve C. Jones. Signed by Judge Steve C. Jones on 08/03/2022. (ddm) (Entered: 08/19/2022) |
| 08/19/2022 | 89 | ORDER granting in part and denying in part 68 Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). More specifically, the Motion is GRANTED as to the claim based on the California Consumer Privacy Act of 2018, Cal. Civ. Code § 1798 (Count V, 15562, Doc. No. 64 ) and the negligence per se claim based upon the |

| | | |
|---|---|---|
| | | Georgia Constitution and the Restatement of Torts (Count II). The Motion is DENIED as to Count I (negligence), Count II (negligence per se/FTCA), and Count III (expenses of litigation/attorney's fees). The Court ORDERS repleading of the Complaint to eliminate shotgun pleading and the duplicate counts labeled "Count V." Accordingly, the Motion (Doc. No. 68 ) is MOOT as to the alternative remaining state law claims. Plaintiffs shall replead the Complaint within TEN DAYS of the entry of this Order. Defendant's Answer is due within FOURTEEN DAYS of the filing of the replead Complaint. The scheduling order at Doc. No. 84 controls the remainder of the proceedings. Signed by Judge Steve C. Jones on 08/19/2022. (ddm) (Entered: 08/19/2022) |
| 08/19/2022 | 90 | ORDER denying 77 Defendant ParkMobile's Motion to Quash and alternative Motion for Protective Order. Signed by Judge Steve C. Jones on 08/19/2022. (ddm) (Entered: 08/19/2022) |
| 08/19/2022 | 91 | ORDER approving Stipulation for the Production of Documents and ESI. Signed by Judge Steve C. Jones on 08/19/2022. (ddm) (Entered: 08/19/2022) |
| 08/22/2022 | 92 | COURT MODIFIED -- STIPULATED PROTECTIVE ORDER. Signed by Judge Steve C. Jones on 08/22/2022. (ddm) (Entered: 08/22/2022) |
| 08/29/2022 | 93 | MOTION for Reconsideration re 89 Order on Motion to Dismiss for Failure to State a Claim,,,, by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Gibson, MaryBeth) (Entered: 08/29/2022) |
| 08/29/2022 | 94 | Second AMENDED COMPLAINT against All Defendants with Jury Demand filed by Gregory Manson, Jack Weaver, Tyler Baker, Mariam George, Heriberto Traviesto, Sait Kurmangaliyev, Emma Jackson. (Attachments: # 1 Exhibit Exhibit A)(Gibson, MaryBeth) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 8/30/2022 to edit filers (ddm). (Entered: 08/29/2022) |
| 09/12/2022 | 95 | ANSWER to 94 Amended Complaint by ParkMobile, LLC. Discovery ends on 2/9/2023. (Attachments: # 1 Exhibit Affidavit of Christopher Huff)(Becker, Joshua) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/12/2022) |
| 09/12/2022 | 96 | RESPONSE in Opposition to 93 MOTION for Reconsideration re 89 Order filed by ParkMobile, LLC. (Becker, Joshua) Modified on 9/13/2022 to edit docket text (ddm). (Entered: 09/12/2022) |
| 09/23/2022 | 97 | REPLY to Response to Motion re 93 MOTION for Reconsideration re 89 Order on Motion to Dismiss for Failure to State a Claim,,,, filed by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Gibson, MaryBeth) (Entered: 09/23/2022) |
| 10/05/2022 | | Submission of 93 MOTION for Reconsideration re 89 Order on Motion to Dismiss for Failure to State a Claim, to District Judge Steve C. Jones. (kxm) (Entered: 10/05/2022) |
| 10/21/2022 | 98 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Request for Production to Plaintiffs* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 99 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Jack Weaver* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 100 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Heriberto Traviesto* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |

| 10/21/2022 | 101 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Gregory Manson* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| --- | --- | --- |
| 10/21/2022 | 102 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Sait Kurmangaliyev* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 103 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Emma Jackson* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 104 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Miriam George* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 105 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs First Interrogatories to Plaintiff Tyler Baker* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/21/2022 | 106 | CERTIFICATE OF SERVICE *Defendant ParkMobile, LLCs Responses to Plaintiffs First Set of Request for Production of Documents* by ParkMobile, LLC.(Becker, Joshua) (Entered: 10/21/2022) |
| 10/28/2022 | 107 | MOTION for Judgment on the Pleadings with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Brief Brief in Support of Motion for Judgment on the Pleadings) (Becker, Joshua) (Entered: 10/28/2022) |
| 10/31/2022 | 108 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) (Entered: 10/31/2022) |
| 10/31/2022 | 109 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) (Entered: 10/31/2022) |
| 11/03/2022 | 110 | Consent MOTION for Extension of Time to File Response in Opposition to Def's Motion for Judgment on the Pleadings re: 107 MOTION for Judgment on the Pleadings by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Attachments: # 1 Text of Proposed Order Proposed Order)(Gibson, MaryBeth) (Entered: 11/03/2022) |
| 11/03/2022 | 111 | ORDER granting the 110 Consent Motion for Extension of Time for Plaintiffs to file a Response in Opposition to Defendant's Motion for Judgment on the Pleadings and for Defendant's Reply. Plaintiffs shall have through November 18, 2022, to file a Response in Opposition to the Motion for Judgment on the Pleadings and Defendant shall have through December 9, 2022, to file a Reply. Signed by Judge Steve C. Jones on 11/03/2022. (ddm) (Entered: 11/03/2022) |
| 11/10/2022 | 112 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) (Entered: 11/10/2022) |
| 11/10/2022 | 113 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) (Entered: 11/10/2022) |
| 11/14/2022 | 114 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) (Entered: 11/14/2022) |
| 11/17/2022 | 115 | CERTIFICATE OF SERVICE *of First Amended Initial Disclosures* by ParkMobile, LLC. (Becker, Joshua) (Entered: 11/17/2022) |

| | | |
|---|---|---|
| 11/18/2022 | [116] | RESPONSE in Opposition re [107] MOTION for Judgment on the Pleadings filed by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Attachments: # [1] Exhibit 1)(Gibson, MaryBeth) (Entered: 11/18/2022) |
| 11/21/2022 | [117] | CERTIFICATE OF SERVICE re [105] Certificate of Service, [99] Certificate of Service, [98] Certificate of Service, [103] Certificate of Service, [104] Certificate of Service, [102] Certificate of Service, [101] Certificate of Service *Certificate of Service of Responses to Discovery served by ParkMobile, LLC, on Plaintiffs* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Baxter-Kauf, Kate) (Entered: 11/21/2022) |
| 11/28/2022 | [118] | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Action , as to Ankura Consulting Group, LLC. (Gibson, MaryBeth) (Entered: 11/28/2022) |
| 11/30/2022 | [119] | CERTIFICATE OF SERVICE re [117] Certificate of Service, filed by Tyler Baker, Gregory Manson, Heriberto Traviesto (Baxter-Kauf, Kate) (Entered: 11/30/2022) |
| 12/05/2022 | [120] | CERTIFICATE OF SERVICE filed by Emma Jackson, Sait Kurmangaliyev (Baxter-Kauf, Kate) (Entered: 12/05/2022) |
| 12/07/2022 | [121] | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 12/07/2022) |
| 12/08/2022 | [122] | APPLICATION for Admission of Jason Kyle Ward Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12248066).by ParkMobile, LLC. (Gieser, Caroline) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/08/2022) |
| 12/09/2022 | [123] | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 12/09/2022) |
| 12/09/2022 | [124] | REPLY to Response to Motion re [107] MOTION for Judgment on the Pleadings filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 12/09/2022) |
| 12/12/2022 | | Submission of [107] MOTION for Judgment on the Pleadings , to District Judge Steve C. Jones. (pdw) (Entered: 12/12/2022) |
| 12/14/2022 | | APPROVAL by Clerks Office re: [122] APPLICATION for Admission of Jason Kyle Ward Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12248066). Attorney Jason Kyle Ward added appearing on behalf of ParkMobile, LLC (pdt) (Entered: 12/14/2022) |
| 12/14/2022 | [125] | AFFIDAVIT of Service for Proof of Service , as to Gemini Advisory. (Baxter-Kauf, Kate) (Entered: 12/14/2022) |
| 12/15/2022 | [126] | ORDER granting [122] Application for Admission Pro Hac Vice filed by Jason Kyle Ward. Signed by Judge Steve C. Jones on 12/15/2022. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 12/15/2022) |
| 12/15/2022 | | Clerk's Certificate of Mailing to Jason Kyle Ward re [126] Order. (ddm) (Entered: 12/15/2022) |
| 12/15/2022 | [127] | APPLICATION for Admission of Carey Alexander Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12264422).by Tyler Baker, Megean Demos, Mariam George, |

| | | Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/15/2022) |
|---|---|---|
| 12/16/2022 | 128 | CERTIFICATE OF SERVICE filed by Mariam George (Baxter-Kauf, Kate) (Entered: 12/16/2022) |
| 12/19/2022 | 129 | NOTICE of Appearance by Joshua Luke Becker on behalf of Ankura Consulting Group, LLC (Becker, Joshua) (Entered: 12/19/2022) |
| 12/19/2022 | 130 | NOTICE of Appearance by Caroline Gieser on behalf of Ankura Consulting Group, LLC (Gieser, Caroline) (Entered: 12/19/2022) |
| 12/19/2022 | 131 | MOTION to Quash Subpoena to Ankura Consulting Group, LLC with Brief In Support by Ankura Consulting Group, LLC. (Attachments: # 1 Exhibit Ex. A - Subpoena to Ankura)(Becker, Joshua) (Entered: 12/19/2022) |
| 12/19/2022 | 132 | CERTIFICATE OF SERVICE *Defendant's Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents* by ParkMobile, LLC.(Becker, Joshua) (Entered: 12/19/2022) |
| 12/20/2022 | | APPROVAL by Clerks Office re: 127 APPLICATION for Admission of Carey Alexander Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12264422). Attorney Carey Alexander added appearing on behalf of Tyler Baker, Megean Demos, Mariam George (cdg) (Entered: 12/20/2022) |
| 12/20/2022 | 133 | ORDER denying 93 Plaintiffs' Motion for Reconsideration. Signed by Judge Steve C. Jones on 12/20/2022. (ddm) (Entered: 12/20/2022) |
| 12/22/2022 | 134 | CERTIFICATE OF SERVICE filed by Jack Weaver (Baxter-Kauf, Kate) (Entered: 12/22/2022) |
| 12/22/2022 | 135 | CERTIFICATE OF SERVICE filed by ParkMobile, LLC *Defendant's Responses to Plaintiffs' First Set of Interrogatories to Defendant* (Becker, Joshua) (Entered: 12/22/2022) |
| 12/23/2022 | 136 | Consent MOTION for Extension of Time to Respond re: 131 MOTION to Quash Subpoena to Ankura Consulting Group, LLC by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 12/23/2022) |
| 12/23/2022 | 137 | ORDER granting 136 Consent MOTION for Extension of Time to Respond to 131 MOTION to Quash Subpoena. Plaintiffs Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, and Jack Weaver shall have through January 16, 2023, to file a response to Non-Party Ankura Consulting Group, LLC's Motion to Quash or Modify Subpoena. Signed by Judge Steve C. Jones on 12/23/2022. (rsg) (Entered: 12/27/2022) |
| 12/27/2022 | 138 | AFFIDAVIT of Service *of Process*, as to Aprio LLP. (Gibson, MaryBeth) (Entered: 12/27/2022) |
| 12/29/2022 | 139 | APPLICATION for Admission of Leona B. Ajavon Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12288265).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/29/2022) |
| 12/29/2022 | 140 | APPLICATION for Admission of Arielle S. Wagner Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12288297).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/29/2022) |

| 01/03/2023 | 141 | AFFIDAVIT of Service *of Process*, as to Qualys, Inc.. (Gibson, MaryBeth) (Entered: 01/03/2023) |
|---|---|---|
| 01/03/2023 | 142 | CERTIFICATE OF SERVICE *Production of Third-Party Documents* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Baxter-Kauf, Kate) (Entered: 01/03/2023) |
| 01/05/2023 | | APPROVAL by Clerks Office re: 140 APPLICATION for Admission of Arielle S. Wagner Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12288297). Attorney Arielle S. Wagner added appearing on behalf of Tyler Baker (cdg) (Entered: 01/05/2023) |
| 01/05/2023 | | APPROVAL by Clerks Office re: 139 APPLICATION for Admission of Leona B. Ajavon Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12288265). Attorney Leona B. Ajavon added appearing on behalf of Tyler Baker (cdg) (Entered: 01/05/2023) |
| 01/06/2023 | 143 | MOTION to Withdraw Counsel Sean C. Russell by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order)(Guglielmo, Joseph) (Entered: 01/06/2023) |
| 01/09/2023 | 144 | ORDER granting 127 Application for Admission Pro Hac Vice filed by Carey Alexander. Signed by Judge Steve C. Jones on 01/09/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 01/09/2023) |
| 01/09/2023 | 145 | ORDER granting 140 Application for Admission Pro Hac Vice filed by Arielle S. Wagner. Signed by Judge Steve C. Jones on 01/09/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 01/09/2023) |
| 01/09/2023 | 146 | ORDER granting 139 Application for Admission Pro Hac Vice filed by Leona B. Ajavon. Signed by Judge Steve C. Jones on 01/09/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ddm) (Entered: 01/09/2023) |
| 01/09/2023 | | Clerk's Certificate of Mailing to Arielle S. Wagner re 145 Order. (ddm) (Entered: 01/09/2023) |
| 01/09/2023 | | Clerk's Certificate of Mailing to Leona B. Ajavon re 146 Order. (ddm) (Entered: 01/09/2023) |
| 01/12/2023 | 147 | Consent MOTION for Extension of Time for Plaintiffs to File A Response to Non-Party Ankura Consulting Group, LLC's Motion to Quash or Modify Subpoena by Tyler Baker. (Attachments: # 1 Text of Proposed Order Proposed Order)(Gibson, MaryBeth) (Entered: 01/12/2023) |
| 01/13/2023 | 148 | ORDER granting the parties' 147 Consent Motion for Extension of Time for Plaintiffs to File a Response to Non-Party Ankura Consulting Group, LLC's Motion to Quash or Modify Subpoena. Plaintiffs Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, and Jack Weaver shall have through February 6, 2023, to file a response to Non-Party Ankura Consulting Group, LLC's Motion to Quash or Modify Subpoena. Signed by Judge Steve C. Jones on 01/13/2023. (ddm) (Entered: 01/13/2023) |

| 01/23/2023 | 149 | Mail Returned as Undeliverable. Mail sent to Leona B. Ajavon re 146 Order returned via USPS marked "Return to Sender". (ddm) (Entered: 01/24/2023) |
| 01/25/2023 | 150 | CERTIFICATE OF SERVICE filed by Jack Weaver *Service of Plaintiffs' Discovery Responses* (Baxter-Kauf, Kate) (Entered: 01/25/2023) |
| 01/30/2023 | | Submission of 143 MOTION to Withdraw Counsel Sean C. Russell , to District Judge Steve C. Jones. (pdw) (Entered: 01/30/2023) |
| 01/30/2023 | 151 | ORDER granting the 143 Motion to Withdraw as Counsel filed by Sean C. Russell. Signed by Judge Steve C. Jones on 01/30/2023. (ddm) (Entered: 01/30/2023) |
| 01/31/2023 | 152 | Consent MOTION to Quash or modify Subpoena of Ankura Consulting Group LLC's Motion for Extension of Time for Plaintiffs to File a Response by Tyler Baker. (Attachments: # 1 Proposed Order)(Gibson, MaryBeth) (Entered: 01/31/2023) |
| 02/03/2023 | 153 | CERTIFICATE OF SERVICE by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Baxter-Kauf, Kate) (Entered: 02/03/2023) |
| 02/13/2023 | 154 | ORDER granting the 152 Consent for Extension of Time, through February 16, 2023, for Plaintiffs to file a Response to Non-Party Ankura Consulting Group, LLC's Motion to Quash or Modify a Subpoena. Signed by Judge Steve C. Jones on 02/13/2023. (ddm) (Entered: 02/13/2023) |
| 02/13/2023 | 155 | NOTICE by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver re 118 Affidavit of Service *of Withdrawal of Subpoena to Ankura Consulting Group, LLC* (Gibson, MaryBeth) (Entered: 02/13/2023) |
| 02/15/2023 | 156 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver.(Gibson, MaryBeth) (Entered: 02/15/2023) |
| 02/15/2023 | 157 | Withdrawal of Motion 131 MOTION to Quash Subpoena to Ankura Consulting Group, LLC filed by Ankura Consulting Group, LLC filed by Ankura Consulting Group, LLC. (Becker, Joshua) (Entered: 02/15/2023) |
| 02/16/2023 | 158 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver.(Gibson, MaryBeth) (Entered: 02/16/2023) |
| 02/20/2023 | 159 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack William Weaver, Jack Weaver.(Gibson, MaryBeth) (Entered: 02/20/2023) |
| 02/24/2023 | 160 | CERTIFICATE OF SERVICE *DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT* by ParkMobile, LLC.(Becker, Joshua) (Entered: 02/24/2023) |
| 03/01/2023 | 161 | CERTIFICATE OF SERVICE filed by Emma Jackson, Gregory Manson *for Service of Discovery* (Baxter-Kauf, Kate) (Entered: 03/01/2023) |
| 03/02/2023 | 162 | CERTIFICATE OF SERVICE *ANKURAS RESPONSES TO PLAINTIFFS THIRD PARTY SUBPOENA REQUEST FOR PRODUCTION OF DOCUMENTS* by Ankura Consulting Group, LLC.(Ward, Jason) (Entered: 03/02/2023) |

| | | |
|---|---|---|
| 03/13/2023 | 163 | CERTIFICATE OF SERVICE filed by Tyler Baker (Baxter-Kauf, Kate) (Entered: 03/13/2023) |
| 03/13/2023 | 164 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver *for Service of Discovery* (Baxter-Kauf, Kate) (Entered: 03/13/2023) |
| 03/17/2023 | 165 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 03/17/2023) |
| 03/23/2023 | 166 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 03/23/2023) |
| 03/31/2023 | 167 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF GEORGE* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 168 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF JACKSON* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 169 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF KURMANGALIYEV* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 170 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF MANSON* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 171 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF TRAVIESTO* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 172 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF WEAVER* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 03/31/2023 | 173 | CERTIFICATE OF SERVICE *OF DISCOVERY - DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF BAKER* by ParkMobile, LLC.(Becker, Joshua) (Entered: 03/31/2023) |
| 04/07/2023 | 174 | CERTIFICATE OF SERVICE *Defendant's Responses to Plaintiffs' First Set of Request for Admission to Defendant* by ParkMobile, LLC.(Ward, Jason) (Entered: 04/07/2023) |
| 04/07/2023 | 175 | CERTIFICATE OF SERVICE *Defendant's Responses to Plaintiffs' Second Set of Request for Production of Documents to Defendant* by ParkMobile, LLC.(Ward, Jason) (Entered: 04/07/2023) |
| 04/07/2023 | 176 | CERTIFICATE OF SERVICE *Defendant's Responses to Plaintiffs' Second Set of Interrogatories to Defendant* by ParkMobile, LLC.(Ward, Jason) (Entered: 04/07/2023) |
| 04/11/2023 | 177 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 04/11/2023) |

| | | |
|---|---|---|
| 04/13/2023 | 178 | CERTIFICATE OF SERVICE re 177 Certificate of Service filed by Sait Kurmangaliyev, Heriberto Traviesto *Amended Certificate of Service* (Baxter-Kauf, Kate) (Entered: 04/13/2023) |
| 04/19/2023 | 179 | MOTION for Order *to Withdraw Counsel Elisabeth A. Hutchinson* with Brief In Support by ParkMobile, LLC. (Becker, Joshua) (Entered: 04/19/2023) |
| 04/20/2023 | 180 | Joint MOTION to Amend 84 Scheduling Order by ParkMobile, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Amending Scheduling Order)(Becker, Joshua) (Entered: 04/20/2023) |
| 04/21/2023 | 181 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 04/21/2023) |
| 04/21/2023 | 182 | ORDER granting the parties' 180 Joint Motion to Amend the Scheduling Order. The Scheduling Order is hereby amended to reflect the following: Substantial Completion of Document Production by Parties: June 30, 2023. Fact Discovery Closes: September 29, 2023. Signed by Judge Steve C. Jones on 04/21/2023. (ddm) (Entered: 04/21/2023) |
| 04/25/2023 | 183 | NOTICE by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver *of Supplemental Authority* (Attachments: # 1 Exhibit A - Elekta, Inc., Opinion and Order)(Laird, Michael) (Entered: 04/25/2023) |
| 05/01/2023 | 184 | CERTIFICATE OF SERVICE re 171 Certificate of Service, 172 Certificate of Service, 105 Certificate of Service, 169 Certificate of Service, 173 Certificate of Service, 168 Certificate of Service, 100 Certificate of Service, 103 Certificate of Service, 170 Certificate of Service, 102 Certificate of Service, 101 Certificate of Service, 167 Certificate of Service *Plaintiffs′ Discovery Responses* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Baxter-Kauf, Kate) (Entered: 05/01/2023) |
| 05/02/2023 | 185 | CERTIFICATE OF SERVICE re 184 Certificate of Service,, 104 Certificate of Service, 167 Certificate of Service by Mariam George.(Baxter-Kauf, Kate) (Entered: 05/02/2023) |
| 05/08/2023 | 186 | CERTIFICATE OF SERVICE filed by Sait Kurmangaliyev, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 05/08/2023) |
| 05/08/2023 | | Submission of 179 MOTION for Order *to Withdraw Counsel Elisabeth A. Hutchinson*, to District Judge Steve C. Jones. (pdw) (Entered: 05/08/2023) |
| 05/08/2023 | | DOCKET ORDER granting 179 Motion for Order to Withdraw Counsel Elisabeth A. Hutchinson as counsel for Defendant. Entered by Judge Steve C. Jones on 5/8/2023. (pdw) (Entered: 05/08/2023) |
| 05/15/2023 | 187 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 05/15/2023) |
| 05/22/2023 | 188 | RESPONSE re 183 Notice *of Plaintiffs′ Supplemental Authority* filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 05/22/2023) |
| 05/30/2023 | 189 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker.(Gibson, MaryBeth) (Entered: 05/30/2023) |
| 06/06/2023 | 190 | ORDER directing that each party file a supplemental brief (no longer than five pages in length) within FOURTEEN DAYS of the entry of this Order. Signed by Judge Steve C. Jones on 06/06/2023. (ddm) (Entered: 06/06/2023) |

| 06/12/2023 | 191 | AFFIDAVIT of Service for Subpoena , as to Coveware, Inc.. (Baxter-Kauf, Kate) (Entered: 06/12/2023) |
|---|---|---|
| 06/12/2023 | 192 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Guglielmo, Joseph) (Entered: 06/12/2023) |
| 06/20/2023 | 193 | RESPONSE in Opposition re 107 MOTION for Judgment on the Pleadings *(Supplemental Response)* filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Laird, Michael) (Entered: 06/20/2023) |
| 06/20/2023 | 194 | REPLY BRIEF re 107 MOTION for Judgment on the Pleadings *Pursuant to the Court's June 6, 2023 Order* filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 06/20/2023) |
| 07/21/2023 | 195 | CERTIFICATE OF SERVICE by ParkMobile, LLC.(Ward, Jason) (Entered: 07/21/2023) |
| 07/26/2023 | 196 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Guglielmo, Joseph) (Entered: 07/26/2023) |
| 08/08/2023 | 197 | CERTIFICATE OF SERVICE by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Guglielmo, Joseph) (Entered: 08/08/2023) |
| 08/18/2023 | 198 | NOTICE to Take Deposition of Jack Weaver filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 08/18/2023) |
| 08/18/2023 | 199 | NOTICE to Take Deposition of Miriam George filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 08/18/2023) |
| 08/23/2023 | 200 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Guglielmo, Joseph) (Entered: 08/23/2023) |
| 08/30/2023 | 201 | APPLICATION for Admission of Jamisen A. Etzel Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12851683).by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/30/2023) |
| 08/31/2023 | | APPROVAL by Clerks Office re: 201 APPLICATION for Admission of Jamisen A. Etzel Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12851683). Attorney Jamisen Etzel added appearing on behalf of Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. E-filing access may be requested after an order granting the application is entered. (djs) (Entered: 08/31/2023) |
| 09/01/2023 | | DOCKET ORDER granting 201 Application for Admission Pro Hac Vice of Jamisen A. Etzel. Entered by Judge Steve C. Jones on 9/1/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 09/01/2023) |
| 09/05/2023 | 202 | NOTICE to Take Deposition of Sait Kurmangaliyev filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 09/05/2023) |
| 09/05/2023 | 203 | NOTICE to Take Deposition of Heriberto Travieso filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 09/05/2023) |

| 09/15/2023 | 204 | CERTIFICATE OF SERVICE *of Notice of Deposition of Barry Hodges* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Gibson, MaryBeth) (Entered: 09/15/2023) |
|---|---|---|
| 09/18/2023 | 205 | Joint MOTION to Amend 182 Order on Motion to Amend, *Scheduling Order* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 09/18/2023) |
| 09/18/2023 | 206 | ORDER granting the 205 Joint Motion to Amend the Scheduling Order. Fact Discovery shall close on October 27, 2023. Signed by Judge Steve C. Jones on 09/18/2023. (ddm) (Entered: 09/18/2023) |
| 09/22/2023 | 207 | APPLICATION for Admission of Kevin M. Cox Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12903413).by Tyler Baker. (Gibson, MaryBeth) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 09/22/2023) |
| 09/22/2023 | 208 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Guglielmo, Joseph) (Entered: 09/22/2023) |
| 09/26/2023 | | APPROVAL by Clerks Office re: 207 APPLICATION for Admission of Kevin M. Cox Pro Hac Vice (Application fee $ 150, receipt number AGANDC-12903413). Attorney Kevin M. Cox added appearing on behalf of Tyler Baker. E-filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/26/2023) |
| 09/26/2023 | | DOCKET ORDER granting 207 Application for Admission Pro Hac Vice of Kevin M. Cox. Entered by Judge Steve C. Jones on 9/26/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 09/26/2023) |
| 09/27/2023 | 209 | CERTIFICATE of Compliance (Cox, Kevin) (Entered: 09/27/2023) |
| 09/28/2023 | 210 | NOTICE to Take Deposition of Tyler Baker filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 09/28/2023) |
| 09/29/2023 | 211 | ORDER granting in part and denying in part 107 Motion for Judgment on the Pleadings. More specifically, as to Count II, Motion is granted as to the negligence per se claim under the Georgia Constitution and the Restatement of Laws only. The Motion is also GRANTED as to Count VI (FDUTPA claim) and Count VII (NY GBL claim). The remainder of the Motion (Doc. No. 107) is DENIED with leave to reassert certain grounds (specified herein) at future motions practice and/or trial (if applicable). Signed by Judge Steve C. Jones on 9/29/23. (rsg) (Entered: 09/29/2023) |
| 09/29/2023 | 212 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Guglielmo, Joseph) (Entered: 09/29/2023) |
| 10/02/2023 | 213 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Guglielmo, Joseph) (Entered: 10/02/2023) |
| 10/05/2023 | 214 | NOTICE to Take Deposition of Gregory Manson filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 10/05/2023) |

| 10/10/2023 | 215 | CERTIFICATE OF SERVICE *of Discovery* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver.(Laird, Michael) (Entered: 10/10/2023) |
| --- | --- | --- |
| 10/10/2023 | 216 | NOTICE to Take Deposition of Emma Jackson filed by ParkMobile, LLC (Gieser, Caroline) (Entered: 10/10/2023) |
| 10/13/2023 | 217 | APPLICATION for Admission of Paige T. Noah Pro Hac Vice (Application fee $ 100, receipt number AGANDC-12950465).by Tyler Baker. (Gibson, MaryBeth) Documents for this entry are not available for viewing outside the courthouse. (Entered: 10/13/2023) |
| 10/16/2023 | | APPROVAL by Clerks Office re: 217 APPLICATION for Admission of Paige T. Noah Pro Hac Vice (Application fee $ 100, receipt number AGANDC-12950465).. Attorney Paige T. Noah added appearing on behalf of Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. E-filing access may be requested after an order granting the application is entered. (rvb) (Entered: 10/16/2023) |
| 10/16/2023 | | DOCKET ORDER granting 217 Application for Admission Pro Hac Vice of Paige T. Noah. Entered by Judge Steve C. Jones on 10/16/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 10/16/2023) |
| 10/16/2023 | 218 | CERTIFICATE OF SERVICE *of Notice of Deposition of Chris Everett* by Tyler Baker. (Gibson, MaryBeth) (Entered: 10/16/2023) |
| 10/27/2023 | 219 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 10/27/2023) |
| 11/06/2023 | 220 | CERTIFICATE OF SERVICE by Tyler Baker, Megean Demos, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Guglielmo, Joseph) (Entered: 11/06/2023) |
| 11/10/2023 | 221 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 11/10/2023) |
| 11/13/2023 | 222 | CORRECTED SCHEDULING ORDER sua sponte correcting the scheduling order (Doc. No. 84 , as amended at Doc. Nos. 182 , 206 ) to provide clarification as to the class certification motion briefing dates (see Order for new deadlines). Except as amended herein, the remainder of the Court's prior scheduling order (as amended) stands in full force and effect. Signed by Judge Steve C. Jones on 11/13/2023. (ddm) Modified on 12/8/2023 to modify doc association (pdw). (Entered: 11/13/2023) |
| 11/22/2023 | 223 | COURT'S NOTICE Of Filing REVISED Instructions for Cases Assigned to the Honorable Steve C. Jones.(pdw) (Entered: 11/22/2023) |
| 12/01/2023 | 224 | CERTIFICATE OF SERVICE filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver (Baxter-Kauf, Kate) (Entered: 12/01/2023) |
| 12/28/2023 | 225 | Unopposed MOTION for Extension of Time for Plaintiffs to File Motion for Class Certification by Tyler Baker. (Attachments: # 1 Text of Proposed Order)(Gibson, MaryBeth) (Entered: 12/28/2023) |
| 12/28/2023 | 226 | ORDER granting the 225 Unopposed Motion for Extension of Time for Plaintiffs to File Motion for Class Certification. Plaintiffs have until February 12, 2024, to file their motion |

| | | |
|---|---|---|
| | | for class certification. Defendant has eight weeks after Plaintiffs serve their motion for class certification to submit an opposition. Plaintiffs will have eight weeks after Defendant serves its opposition to file any reply in support of their motion. Signed by Judge Steve C. Jones on 12/28/2023. (ddm) (Entered: 12/28/2023) |
| 02/05/2024 | 227 | NOTICE by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Jack Weaver *of Change of Address*. (Gibson, MaryBeth) Modified on 2/5/2024 to note email sent to attorney regarding change of address process (ddm). (Entered: 02/05/2024) |
| 02/06/2024 | 228 | Consent MOTION for Leave to File Excess Pages by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order Granting Excess Pages)(Gibson, MaryBeth) (Entered: 02/06/2024) |
| 02/06/2024 | 229 | ORDER granting 228 Plaintiffs' Motion for Leave to File Excess Pages. Signed by Judge Steve C. Jones on 02/06/2024. (ddm) (Entered: 02/06/2024) |
| 02/08/2024 | 230 | CERTIFICATE OF SERVICE by ParkMobile, LLC.(Ward, Jason) (Entered: 02/08/2024) |
| 02/12/2024 | 231 | MOTION to Certify Class *and Proposed Order* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification (Redacted), # 2 Declaration of Swathi Bojedla in Support of Plaintiffs' Motion for Class Certification, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit 1, # 8 Exhibit 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14)(Gibson, MaryBeth) (Entered: 02/12/2024) |
| 02/12/2024 | 232 | SEALED NOTICE Of Filing Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver re 231 MOTION to Certify Class *and Proposed Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Errata 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Gibson, MaryBeth) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 02/12/2024) |
| 02/12/2024 | 233 | MOTION for Leave to File Matters Under Seal re: 232 Notice of Filing,, *and Proposed Order* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to File Documents Under Seal) (Gibson, MaryBeth) (Entered: 02/12/2024) |
| 03/01/2024 | 234 | ORDER allowing Defendant through Monday, March 4, 2024 to file a response to Plaintiffs' Motion for Leave to File Documents Under Seal 233 . Failure to do so shall indicate no opposition to filing the relevant attachments to the Motion to Certify Class on the open docket. Signed by Judge Steve C. Jones on 03/01/2024. (ddm) (Entered: 03/01/2024) |
| 03/04/2024 | 235 | RESPONSE re 233 MOTION for Leave to File Matters Under Seal re: 232 Notice of Filing,, *and Proposed Order* filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 03/04/2024) |
| 03/11/2024 | 236 | APPLICATION for Admission of Justin R Donoho Pro Hac Vice (Application fee $ 100, receipt number AGANDC-13282846).by ParkMobile, LLC. (Becker, Joshua) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/11/2024) |

| 03/12/2024 | | APPROVAL by Clerks Office re: 236 APPLICATION for Admission of Justin R Donoho Pro Hac Vice (Application fee $ 100, receipt number AGANDC-13282846). Attorney Justin R. Donoho added appearing on behalf of ParkMobile, LLC. E-filing access may be requested after an order granting the application is entered. (cpp) (Entered: 03/12/2024) |
|---|---|---|
| 03/12/2024 | | DOCKET ORDER granting 236 Application for Admission Pro Hac Vice of Justin R Donoho. Entered by Judge Steve C. Jones on 3/12/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 03/12/2024) |
| 03/12/2024 | | Submission of 233 MOTION for Leave to File Matters Under Seal re: 232 Notice of Filing *and Proposed Order*, to District Judge Steve C. Jones. (pdw) (Entered: 03/12/2024) |
| 03/20/2024 | 237 | Unopposed MOTION for Extension of Time to Respond to Class Certification Motion with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Exhibit Proposed Order Granting Extension of Time)(Becker, Joshua) (Entered: 03/20/2024) |
| 03/20/2024 | | DOCKET ORDER denying 237 Motion for Extension of Time re 237 Unopposed MOTION for Extension of Time to Respond to Class Certification Motion . Entered by Judge Steve C. Jones on 3/20/2024. (pdw) (Entered: 03/20/2024) |
| 03/27/2024 | 238 | Unopposed MOTION for Reconsideration re Order on Motion for Extension of Time with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Exhibit Proposed Order Granting Extension of Time)(Becker, Joshua) (Entered: 03/27/2024) |
| 03/27/2024 | | DOCKET ORDER denying 238 Motion for Reconsideration re: 238 Unopposed MOTION for Reconsideration re Order on Motion for Extension of Time. Entered by Judge Steve C. Jones on 3/27/2024. (pdw) (Entered: 03/27/2024) |
| 03/29/2024 | 239 | NOTICE to Take Deposition of Richard Peters filed by ParkMobile, LLC (Becker, Joshua) (Entered: 03/29/2024) |
| 04/04/2024 | 240 | NOTICE to Take Deposition of Peter Brinkworth filed by ParkMobile, LLC (Becker, Joshua) (Entered: 04/04/2024) |
| 04/05/2024 | 241 | APPLICATION for Admission of Michael Rayfield Pro Hac Vice (Application fee $ 100, receipt number AGANDC-13342127).by ParkMobile, LLC. (Becker, Joshua) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/05/2024) |
| 04/08/2024 | | APPROVAL by Clerks Office re: 241 APPLICATION for Admission of Michael Rayfield Pro Hac Vice (Application fee $ 100, receipt number AGANDC-13342127). Attorney Michael Rayfield added appearing on behalf of ParkMobile, LLC. E-filing access may be requested after an order granting the application is entered. (djs) (Entered: 04/08/2024) |
| 04/08/2024 | | DOCKET ORDER granting 241 Application for Admission Pro Hac Vice of Michael Rayfield. Entered by Judge Steve C. Jones on 4/08/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 04/08/2024) |
| 04/08/2024 | 242 | SEALED RESPONSE in Opposition re 231 MOTION to Certify Class *and Proposed Order* filed by ParkMobile, LLC. (Becker, Joshua) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 04/08/2024) |
| 04/08/2024 | 243 | RESPONSE in Opposition re 231 MOTION to Certify Class *and Proposed Order* filed by ParkMobile, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 |

| | | |
|---|---|---|
| | | Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23)(Becker, Joshua) (Entered: 04/08/2024) |
| 04/09/2024 | <u>244</u> | SEALED NOTICE Of Filing Class Certification by ParkMobile, LLC (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 5, # <u>3</u> Exhibit 7, # <u>4</u> Exhibit 9, # <u>5</u> Exhibit 15, # <u>6</u> Exhibit 18, # <u>7</u> Exhibit 21, # <u>8</u> Exhibit 23)(Becker, Joshua) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 04/09/2024) |
| 04/09/2024 | <u>245</u> | MOTION for Leave to File Matters Under Seal re: <u>244</u> Notice of Filing, with Brief In Support by ParkMobile, LLC. (Attachments: # <u>1</u> Memo in Support of Its Motion for Leave to File Documents Under Seal, # <u>2</u> Text of Proposed Order)(Becker, Joshua) (Entered: 04/09/2024) |
| 05/01/2024 | | Submission of <u>231</u> MOTION to Certify Class *and Proposed Order*, <u>245</u> MOTION for Leave to File Matters Under Seal re: <u>244</u> Notice of Filing, , to District Judge Steve C. Jones. (pdw) (Entered: 05/01/2024) |
| 06/03/2024 | <u>246</u> | REPLY BRIEF re <u>231</u> MOTION to Certify Class *and Proposed Order (Redacted)* filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # <u>1</u> Declaration of Swathi Bojedla, # <u>2</u> Exhibit 16, # <u>3</u> Exhibit 17, # <u>4</u> Exhibit 18, # <u>5</u> Exhibit 19)(Gibson, MaryBeth) (Entered: 06/03/2024) |
| 06/03/2024 | <u>247</u> | SEALED NOTICE Of Filing Reply in Support of Plaintiffs' Motion for Class Certification by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver re <u>246</u> Reply Brief, (Attachments: # <u>1</u> Exhibit 16)(Gibson, MaryBeth) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 06/03/2024) |
| 06/03/2024 | <u>248</u> | MOTION for Leave to File Matters Under Seal re: <u>247</u> Notice of Filing, by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # <u>1</u> Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to File Documents Under Seal)(Gibson, MaryBeth) (Entered: 06/03/2024) |
| 06/05/2024 | | Submission of <u>231</u> MOTION to Certify Class to District Judge Steve C. Jones. (pdw) (Entered: 06/05/2024) |
| 06/12/2024 | <u>249</u> | MOTION for Summary Judgment by ParkMobile, LLC. (Attachments: # <u>1</u> Statement of Material Facts, # <u>2</u> Exhibit 1 - Pol Affidavit, # <u>3</u> Exhibit 1-A Code Screenshot - Placeholder, # <u>4</u> Exhibit 1-B List of Users - Placeholder, # <u>5</u> Exhibit 1-C Miller Email - Placeholder, # <u>6</u> Exhibit 2 - Plaintiff Variation Chart, # <u>7</u> Exhibit 3 - George Deposition Transcript, # <u>8</u> Exhibit 4 - Manson Deposition Transcript, # <u>9</u> Exhibit 5 - Baker Deposition Transcript, # <u>10</u> Exhibit 6 - Traviesto Deposition Transcript - Placeholder, # <u>11</u> Exhibit 7 - Jackson Deposition Transcript - Placeholder, # <u>12</u> Exhibit 8 - Kurmangaliyev Deposition Transcript, # <u>13</u> Exhibit 9 - Weaver Deposition Transcript, # <u>14</u> Exhibit 10 - Baker HaveIBeenPwned, # <u>15</u> Exhibit 11 - Manson HaveIBeenPwned, # <u>16</u> Exhibit 12 - George HaveIBeenPwned, # <u>17</u> Exhibit 13 - Kurmangaliyev HaveIBeenPwned, # <u>18</u> Exhibit 14 - Weaver HaveIBeenPwned, # <u>19</u> Exhibit 15 - Jackson HaveIBeenPwned, # <u>20</u> Exhibit 16 - Traviesto HaveIBeenPwned, # <u>21</u> Exhibit 17 - Lemon Report - Placeholder, # <u>22</u> Exhibit 18 - Pol Deposition Transcript - Placeholder, # <u>23</u> Exhibit 19 - Henderson Affidavit)(Becker, Joshua) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 06/12/2024) |
| 06/12/2024 | <u>250</u> | SEALED NOTICE Of Filing Defendant's Motion for Summary Judgment by ParkMobile, LLC (Attachments: # <u>1</u> Defendant's Motion for Summary Judgment, # <u>2</u> Defendant's Statement of Material Facts for Which There is No Genuine Issue to be Tried, # <u>3</u> Exhibit |

|  |  |  |
|---|---|---|
|  |  | 1-A Code Screenshot, # [4](#) Exhibit 1-B List of Users, # [5](#) Exhibit 1-C Miller Email, # [6](#) Exhibit 2 - Plaintiff Variation Chart, # [7](#) Exhibit 3 - George Deposition Transcript, # [8](#) Exhibit 4 - Manson Deposition Transcript, # [9](#) Exhibit 5 - Baker Deposition Transcript, # [10](#) Exhibit 6 - Travieso Deposition Transcript, # [11](#) Exhibit 7 - Jackson Deposition Transcript, # [12](#) Exhibit 8 - Kurmangaliyev Deposition Transcript, # [13](#) Exhibit 9 - Weaver Deposition Transcript, # [14](#) Exhibit 10 - Baker HaveIBeenPwned, # [15](#) Exhibit 11 - Manson HaveIBeenPwned, # [16](#) Exhibit 12 - George HaveIBeenPwned, # [17](#) Exhibit 13 - Kurmangaliyev HaveIBeenPwned, # [18](#) Exhibit 14 - Weaver HaveIBeenPwned, # [19](#) Exhibit 15 - Jackson HaveIBeenPwned, # [20](#) Exhibit 16 - Travieso HaveIBeenPwned, # [21](#) Exhibit 17 - Lemon Report - Placeholder, # [22](#) Exhibit 18 - Pol Deposition Transcript) (Becker, Joshua) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 06/12/2024) |
| 06/12/2024 | [251](#) | MOTION for Leave to File Matters Under Seal re: [250](#) Notice of Filing,,,, with Brief In Support by ParkMobile, LLC. (Attachments: # [1](#) Defendant's Memorandum in Support of Its Motion for Leave to File Documents Under Seal, # [2](#) Text of Proposed Order)(Becker, Joshua) (Entered: 06/12/2024) |
| 06/13/2024 | [252](#) | MOTION to Exclude The Expert Testimony of Dr. Scott Swain and Dr. Russell Mangum III by ParkMobile, LLC. (Becker, Joshua) (Entered: 06/13/2024) |
| 06/14/2024 | [253](#) | MOTION to Strike [249](#) MOTION for Summary Judgment *And Extend Deadlines* with Brief In Support by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1](#) Text of Proposed Order Granting Motion to Strike and Extend Deadlines)(Gibson, MaryBeth) (Entered: 06/14/2024) |
| 06/14/2024 | [254](#) | ORDER DENYING Plaintiff's requests for an extension of time to respond to the summary judgment motion and motion to exclude expert reports and testimony. The Court otherwise reserves its ruling on the motion to strike until Defendant has had a chance to respond. The Court hereby ORDERS Defendant to file an expedited response to Plaintiffs' motion to strike. Defendant must file any response to this motion within 7-days of this Order. The Court DENIES Plaintiff's request for an extension of time to respond to Defendant's summary judgment motion. The Court furthermore DENIES Plaintiff's request for an extension of time to respond to Defendant's Motion to Exclude expert reports. Again, Plaintiff must respond to this motion within the period prescribed by the local rules. Signed by Judge Steve C. Jones on 06/14/2024. (ddm) (Entered: 06/14/2024) |
| 06/21/2024 | [255](#) | RESPONSE in Opposition re [253](#) MOTION to Strike [249](#) MOTION for Summary Judgment *And Extend Deadlines* filed by ParkMobile, LLC. (Gieser, Caroline) (Entered: 06/21/2024) |
| 06/21/2024 | [256](#) | ORDER denying [253](#) Motion to Strike [253](#) MOTION to Strike [249](#) MOTION for Summary Judgment *And Extend Deadlines*. Plaintiffs are reminded that the Court already has denied their request for an extension of time to respond to the summary judgment filing (Doc. No. [254](#) ) and thus the Local Rules are operative. See LR 7.1(B), NDGa. Signed by Judge Steve C. Jones on 6/21/2024. (pdw) (Entered: 06/21/2024) |
| 06/26/2024 | [257](#) | RESPONSE in Opposition re [252](#) MOTION to Exclude The Expert Testimony of Dr. Scott Swain and Dr. Russell Mangum III filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1](#) Exhibit Rebuttal Report of Scott D. Swain)(Gibson, MaryBeth) (Entered: 06/26/2024) |
| 07/03/2024 | [258](#) | RESPONSE in Opposition re [249](#) MOTION for Summary Judgment filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Travieso, Jack Weaver. (Attachments: # [1](#) Statement of Material Facts Plaintiffs' |

| | | |
|---|---|---|
| | | Response to Defendant's Statement of Material Facts and Plaintiffs' Additional Statement of Undisputed Material Facts, # [2] Affidavit Declaration of Swathi Bojedla In Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, # [3] Exhibit 1 - Hodges Deposition, # [4] Exhibit 2 - Information Security Incident Investigation, # [5] Exhibit 3 - Kurmangaliyev's Second Amended Response to PM's First Interrogatories, # [6] Exhibit 4 - Ankura 30(b)(6) Deposition Transcript, # [7] Exhibit 5 - ParkMobile Incident Response Form, # [8] Exhibit 6 - Brinkworth Expert Report, # [9] Exhibit 7 - Declaration of Expert Richard Peters, # [10] Exhibit 8 - Declaration of Richard Peters, # [11] Exhibit 9 - Email dated March 16, 2021, # [12] Exhibit 10 - Screenshot titled: Selling: ParkMobile.io Private Founds", # [13] Exhibit 11 - Annual Pen Test - Web Phase I, # [14] Exhibit 12 - VerSprite 30(b)(6) Deposition, # [15] Exhibit 13 - Declaration of Tyler Baker, # [16] Exhibit 14 - Declaration of Mariam George, # [17] Exhibit 15 - Declaration of Emma Jackson, # [18] Exhibit 16 - Declaration of Sait Kurmangaliyev, # [19] Exhibit 17 - Declaration of Gregory Manson, # [20] Exhibit 18 - Declaration of Heriberto Travieso, # [21] Exhibit 19 - Declaration of Jack Weaver)(Gibson, MaryBeth) (Entered: 07/03/2024) |
| 07/03/2024 | [259] | SEALED RESPONSE in Opposition re [249] MOTION for Summary Judgment filed by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1] Statement of Material Facts Plaintiffs' Response to Defendant's Statement of Material Facts and Plaintiffs' Additional Statement of Undisputed Material Facts, # [2] Exhibit 1 - Hodges Deposition, # [3] Exhibit 2 - Information Security Incident Investigation, # [4] Exhibit 4 - Ankura 30(b0(6) Deposition Transcript, # [5] Exhibit 5 - ParkMobile Incident Response Form, # [6] Exhibit 6 - Brinkworth Expert Report, # [7] Exhibit 7 - Declaration of Expert Richard Peters, # [8] Exhibit 9 - Email dated March 16, 2021, # [9] Exhibit 11 - Annual Pen Test - Web Phase I, # [10] Exhibit 12 - VerSprite 30(b)(6) Deposition, # [11] Exhibit 17 - Declaration of Gregory Manson)(Gibson, MaryBeth) Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 07/03/2024) |
| 07/03/2024 | [260] | MOTION for Leave to File Matters Under Seal re: [259] Response in Opposition to Motion,,, with Brief In Support by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1] Brief Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Leave to File Documents Under Seal)(Gibson, MaryBeth) (Entered: 07/03/2024) |
| 07/10/2024 | [261] | REPLY to Response to Motion re [252] MOTION to Exclude The Expert Testimony of Dr. Scott Swain and Dr. Russell Mangum III filed by ParkMobile, LLC. (Becker, Joshua) (Entered: 07/10/2024) |
| 07/17/2024 | [262] | *Defendant's Reply in Support of Its Motion for Summary Judgment* [249] filed by ParkMobile, LLC. (Becker, Joshua) Modified on 7/18/2024 to edit docket text (ddm). (Entered: 07/17/2024) |
| 07/17/2024 | [263] | *Defendant's Response to Plaintiffs' Additional Statement of Undisputed Material Facts* re [258] Response filed by ParkMobile, LLC. (Becker, Joshua) Modified on 7/18/2024 to edit docket text (ddm). (Entered: 07/17/2024) |
| 07/17/2024 | [264] | SEALED *Defendant's Reply in Support of Its Motion for Summary Judgment* [249] filed by ParkMobile, LLC. (Becker, Joshua) Modified on 7/18/2024 to edit docket text (ddm). Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 07/17/2024) |
| 07/17/2024 | [265] | SEALED *Defendant's Response to Plaintiffs' Additional Statement of Undisputed Material Facts* [258] Response filed by ParkMobile, LLC. (Becker, Joshua) Modified on 7/18/2024 to edit docket text (ddm). Modified on 7/26/2024 to remove the word provisionally from the entry (ddm). (Entered: 07/17/2024) |

| 07/17/2024 | 266 | MOTION for Leave to File Matters Under Seal re: 264 Reply Brief, 265 Response (Non-Motion), with Brief In Support by ParkMobile, LLC. (Attachments: # 1 Brief Defendant's Memorandum in Support of Its Motion for Leave to File Documents Under Seal, # 2 Text of Proposed Order)(Becker, Joshua) (Entered: 07/17/2024) |
|---|---|---|
| 07/18/2024 | 267 | NOTICE of Settlement *and Motion to Stay* by ParkMobile, LLC (Attachments: # 1 Exhibit Propose Order Granting Stay)(Becker, Joshua) (Entered: 07/18/2024) |
| 07/18/2024 | 268 | ORDER TO STAY pending finalization of settlement. It is further ORDERED that this action be ADMINISTRATIVELY TERMINATED during the pendency of the stay without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. Signed by Judge Steve C. Jones on 7/18/2024. (rsg) (Entered: 07/18/2024) |
| 07/18/2024 | | Civil Case Terminated. (rsg) (Entered: 07/18/2024) |
| 07/26/2024 | 269 | ORDER DIRECTING the Clerk to modify the provisional seal docket description for Doc. Nos. 232 ; 242 ; 244 ; 247 ; 250 ; 259 ; 264 ; 265 and maintain said documents under a permanent seal. To the extent that any of these documents may need to be used for purposes of the settlement approval process, the Parties must re-file the documents, along with new motions to seal in accordance with the Court's Local Rules and standing instructions. Signed by Judge Steve C. Jones on 07/26/2024. (ddm) (Entered: 07/26/2024) |
| 07/31/2024 | 270 | MOTION to Withdraw Justin R. Donoho as Attorneyby ParkMobile, LLC. (Donoho, Justin) (Entered: 07/31/2024) |
| 08/26/2024 | 271 | MOTION to Withdraw Carey Alexander as Attorneyby Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Proposed Order)(Alexander, Carey) (Entered: 08/26/2024) |
| 08/28/2024 | | DOCKET ORDER granting 270 Motion to Withdraw as Attorney. Attorney Justin R. Donoho terminated as counsel for Defendant Parkmobile, LLC. Entered by Judge Steve C. Jones on 8/28/2024. (pdw) (Entered: 08/28/2024) |
| 08/30/2024 | 272 | NOTICE by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver *NOTICE OF CHANGE OF FIRM ADDRESS* (Guglielmo, Joseph) (Entered: 08/30/2024) |
| 09/12/2024 | 273 | Consent MOTION for Extension of Time Reopen the Case re: 268 Order to Dismiss, *and Motion to Stay* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order Granting Consent Motion to Extend the Deadline to Reopen the CaseExtension of Time)(Gibson, MaryBeth) (Entered: 09/12/2024) |
| 09/12/2024 | | DOCKET ORDER granting 271 Motion to Withdraw as Attorney. Attorney Carey Alexander terminated as counsel for Plaintiffs. Entered by Judge Steve C. Jones on 9/12/2024. (pdw) (Entered: 09/12/2024) |
| 09/12/2024 | 274 | ORDER granting the 273 Consent Motion to Extend the Deadline to Reopen the Case. The deadline by which the Parties shall move to reopen the case is extended an additional twenty-four (24) days up through and including October 10, 2024. Signed by Judge Steve C. Jones on 09/12/2024. (ddm) (Entered: 09/12/2024) |
| 10/07/2024 | 275 | Second MOTION for Extension of Time Extend the Deadline to Reopen the Case re: 274 Order on Motion for Extension of Time, *Consent Motion* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order Granting Second Consent Motion to Extend the Deadline to Reopen the Case)(Gibson, MaryBeth) (Entered: 10/07/2024) |

| 10/10/2024 | [276](#) | ORDER granting the [275](#) Consent Motion to Extend the Deadline to Reopen the Case. The deadline by which the Parties shall move to reopen the case is extended an additional thirty (30) days up through and including November 8, 2024. Signed by Judge Steve C. Jones on 10/10/2024. (ddm) (Entered: 10/10/2024) |
| --- | --- | --- |
| 11/01/2024 | [277](#) | Unopposed MOTION for Settlement *of Class Action* with Brief In Support by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1](#) Brief In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class, # [2](#) Exhibit 1 - Settlement Agreement and its Exhibits, # [3](#) Exhibit 2 - Joint Declaration and its Exhibits)(Gibson, MaryBeth) (Entered: 11/01/2024) |
| 11/05/2024 | [278](#) | PRELIMINARY APPROVAL ORDER granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [277](#) . Signed by Judge Steve C. Jones on 11/05/2024. (ddm) (Entered: 11/05/2024) |
| 11/12/2024 | [279](#) | NOTICE by ParkMobile, LLC *of Compliance with the Provisions of the Class Action Fairness Act* (Attachments: # [1](#) Exhibit Declaration of Compliance with CAFA)(Becker, Joshua) (Entered: 11/12/2024) |
| 12/18/2024 | [280](#) | Letter, dated December 12, 2024, received from Cameron Hess regarding settlement. (ddm) (Entered: 12/23/2024) |
| 01/21/2025 | [281](#) | MOTION for Attorney Fees *and Litigation Expenses* with Brief In Support by Tyler Baker. (Attachments: # [1](#) Brief In Support of Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Litigation Expenses, # [2](#) Affidavit Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Litigation Expenses)(Gibson, MaryBeth) (Entered: 01/21/2025) |
| 01/29/2025 | [282](#) | Letter and from Scott Dodson dated January 24, 2025, regarding settlement. (Attachments: # [1](#) Proposed Motion to Appear, # [2](#) Text of Proposed Order) (rsg) (Entered: 01/30/2025) |
| 02/03/2025 | [283](#) | Claim Form filed by Richard Barron. (ddm) (Entered: 02/04/2025) |
| 02/03/2025 | [284](#) | Objection to Settlement filed by Schwarzley Youth. (ddm) (Entered: 02/04/2025) |
| 02/25/2025 | [285](#) | Unopposed MOTION for Leave to File Excess Pages *in their Memorandum In Support of Motion for Final Approval* by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1](#) Text of Proposed Order Granting Extension of Page Limit)(Gibson, MaryBeth) (Entered: 02/25/2025) |
| 02/25/2025 | [286](#) | ORDER granting [285](#) Plaintiffs' Unopposed Motion for Leave to File Excess Pages. Signed by Judge Steve C. Jones on 02/25/2025. (ddm) (Entered: 02/25/2025) |
| 02/27/2025 | [287](#) | MOTION for Settlement *for Final Approval of Class Action Settlement and Final Certification of Settlement Class* with Brief In Support by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # [1](#) Brief in Support of Motion for Final Approval of Class Action Settlement and Final Certification of Settlement Class, # [2](#) Exhibit 1 - Declaration of Co-Lead Class Counsel, # [3](#) Exhibit 2 - Declaration of Angeion Group, # [4](#) Text of Proposed Order Granting Final Approval)(Gibson, MaryBeth) (Entered: 02/27/2025) |
| 03/07/2025 | [288](#) | NOTICE of Filing Submission to the Court regarding Correspondence from A. Trupia by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, |

| | | Heriberto Traviesto, Jack Weaver (Attachments: # 1 Exhibit A - Correspondence from Anthony Trupia and Attachment)(Gibson, MaryBeth) (Entered: 03/07/2025) |
|---|---|---|
| 03/07/2025 | 289 | Objection to Settlement filed by Scott Dodson. (ddm) (Entered: 03/10/2025) |
| 03/10/2025 | 290 | ORDER advising that the Court's March 13, 2025 hearing on Motion for Final Approval of Settlement shall be in person only. No counsel, Party, Class Member, or Objector will be permitted to participate in the hearing remotely. Signed by Judge Steve C. Jones on 03/10/2025. (ddm) (Entered: 03/10/2025) |
| 03/10/2025 | | Clerk's Certificate of Mailing to Cameron Hess, Scott Dodson, Richard Barron, Schwarzley Youth re 290 Order. (ddm) (Entered: 03/10/2025) |
| 03/10/2025 | 291 | NOTICE of Filing Supplemental Declertion of Angeion Group RE: Implementation of Notice Plan by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver re 287 MOTION for Settlement *for Final Approval of Class Action Settlement and Final Certification of Settlement Class* (Attachments: # 1 Exhibit A - ParkMobile Data Incident Settlment - Requests for Exclusion)(Gibson, MaryBeth) (Entered: 03/10/2025) |
| 03/12/2025 | 292 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by Tyler Baker, Mariam George, Emma Jackson, Sait Kurmangaliyev, Gregory Manson, Heriberto Traviesto, Jack Weaver. (Attachments: # 1 Text of Proposed Order Granting Motion To Lift Restrictions on Media)(Gibson, MaryBeth) (Entered: 03/12/2025) |
| 03/13/2025 | 293 | ORDER allowing counsel Art Murray and Tammy Webb to bring in electronic devices, including one each of cellular telephones, a portable computer and an electronic tablet computer (such as an iPad) in the courtroom before, during, and after the Final Approval Hearing scheduled to take place on March 13, 2025 at 10:00 A.M. in Courtroom 1907. Signed by Judge Steve C. Jones on 03/13/2025. (ddm) (Entered: 03/13/2025) |
| 03/13/2025 | 294 | ORDER DISMISSING Plaintiff's Motion for Attorney Fees and Litigation Expenses (Doc. No. 281 ) because Plaintiff no longer seeks fees calculated under the percentage method. Plaintiffs shall file a fully supported Motion for Attorney Fees and Litigation Expenses based on the lodestar method within 30 days of the date of this Order. The Court will take up the Motion for Final Approval only after a Motion for Attorney Fees and Expenses of Litigation has been filed by Plaintiffs. Signed by Judge Steve C. Jones on 03/13/2025. (ddm) (Entered: 03/13/2025) |
| 03/13/2025 | 295 | Minute Entry for proceedings held before Judge Steve C. Jones: Final approval hearing on 287 Motion for Settlement. The Court heard from counsel and took the matter under advisement, with written order to follow. (Court Reporter Viola Zborowski)(ddm) (Entered: 03/13/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/22/2025 11:01:01 | | | |
| **PACER Login:** | marybethgibson99 | **Client Code:** | ParkMobile |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-02182-SCJ |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |